PHILLIP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant and Judgment Debtor.<br><br>TD AMERITRADE CLEARING, INC.,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.: 2:21-mc-00098-WBS-AC<br><br>WRIT OF CONTINUING GARNISHMENT (BANK, IRA, STOCKS OR BROKERAGE ACCOUNTS)<br><br>Criminal Case No.: 2:11-cr-00234-TLN |

To the Garnishee:   TD Ameritrade Clearing, Inc.
Incorporating Service, LTD.
7801 Folsom Blvd., #202
Sacramento, CA 95826

The United States has filed an Application for a Writ of Continuing Garnishment (Bank, Stocks, IRAs, or Brokerage Accounts) against any and all property and account(s) defendant Steven Zinnel, social security number \*\*\*-\*\*-9073, has an interest in located at TD Ameritrade Clearing, Inc. On March 4, 2014, the United States District Court sentenced Zinnel in criminal case number 2:11-cr-00234-TLN and ordered him to pay a $1,500.00 statutory assessment and a $500,000.00 fine an on May 30, 2014, he was ordered to pay $2,513,319.00 in restitution to his victims (the Judgment Amount).

Zinnel has paid a portion of the Judgment Amount, but as of March 24, 2021, he still owes

1  $3,014,294.00 despite the United States' demand for payment made more than thirty (30) days prior the
2  date of this garnishment application. The United States also seeks to recover the statutorily authorized
3  ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($301,429.40) pursuant to 28
4  U.S.C. § 3011(a). The total amount sought by this garnishment action is thus $3,315,723.40,
5  representing $3,014,294.00 Judgment Amount balance and $301,429.40 litigation surcharge. No interest
6  accrues on this debt.

7  Pursuant to the Writ of Garnishment (Bank, IRAs, Stocks or Brokerage Accounts), you are required
8  to withhold any and all property and account(s) in which Zinnel has an interest, including, but not limited
9  to any and all stocks, brokerage, IRAs, individual, joint, and/or commercial/business savings and checking
10 accounts in which Zinnel has signatory rights (including any remaining overdraft protection balances and
11 lines of credit), certificates of deposit, safety deposit accounts, lock boxes, money market accounts, pledged
12 securities, notes and all other property as defined by 28 U.S.C. § 3002(12). You must retain the property
13 and accounts described above (the Funds) upon the date you receive this writ until the Court issues an order
14 directing the Funds' disposition. 28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

15 You are further required by law to complete under oath the accompanying Acknowledgment of
16 Service and Answer of Garnishee (the "Answer"). You must file the **original** Answer within **ten** (10) days
17 of receipt of this writ of garnishment with the Clerk's Office for the United States District Court, Eastern
18 District of California. The Answer has specific detailed instructions on how to file the Answer with the
19 Court and how to serve copies to all interested parties.

20 **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY AND ACCOUNTS (THE FUNDS) IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABILE FOR THE AMOUNT OF THE JUDGMENT DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR REASONABLE ATTORNEY'S FEES TO THE UNITED STATES FOR NON-COMPLIANCE. IT IS UNLAWFUL TO PAY OR DELIVER TO STEVEN ZINNEL, ANY FUNDS DESCRIBED IN THIS WRIT.**

24 If you have any questions, especially regarding service of the documents, you may contact,
25 Michelle Lecroy, Paralegal Specialist, Financial Litigation Program, United States Attorney's Office,
26 at (916) 554-2933, or write to: United States Attorney's Office, Attention: Financial Litigation
27 Program, 501 "I" Street, Suite 10-100, Sacramento, California 95814.

28

*It is unlawful to pay, disburse, or deliver to the defendant Steven Zinnel, any Funds subject to this Writ until further order of this Court.*

Dated: 4/5/2021

KEITH HOLLAND
Clerk, United States District Court

By: _____
Deputy Clerk

WRIT OF CONTINUING GARNISHMENT                      3

PHILLP A. TALBERT
Acting United States Attorney
LYNN TRINKA ERNCE
KURT A. DIDIER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-mc-00098-WBS-AC |
| Plaintiff, | CLERK'S NOTICE OF INSTRUCTIONS TO JUDGMENT DEBTOR AND SPOUSE RE: WRIT OF GARNISHMENT (BANK, IRA, STOCKS OR BROKERAGE ACCOUNTS) |
| v. | |
| STEVEN ZINNEL, | Criminal Case No.: 2:11-cr-00234-TLN |
| Defendant and Judgment Debtor. | |
| TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) | |
| Garnishee. | |

TO:   Defendant and Judgment Debtor Steven Zinnel

Pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 (c)(3)(B), the United States serves you the following instructions along with a copy of the Writ of Continuing Garnishment (Bank, IRA, Stocks or Brokerage Accounts).

The United States District Court entered a criminal judgment against Steven Zinnel on March 4, 2014, in case number 2:11-cr-000234-TLN. The judgment ordered Zinnel to pay a $1,500.00 statutory assessment and $500,000.00 fine. On May 30, 2014, he was ordered to pay $2,513,319.00 in restitution. According to the records of the United States Attorney's Office, as of March 24, 2021, Zinnel owes $3,315,723.40, which includes a surcharge of ten percent (10%) of the amount of the debt authorized by 28 U.S.C. § 3011(a).

1  YOU ARE HEREBY NOTIFIED that the Writ was issued based upon this judgment entered against
2  Zinnel on March 4, 2014 and May 30, 2014, and that the Writ of Continuing Garnishment (Bank, IRA,
3  Stocks or Brokerage Accounts) was served upon the Garnishee, TD Ameritrade Clearing , Inc.  It is
4  believed that the Garnishee may have property of yours in its custody, possession or control.

5  YOU ARE FURTHER NOTIFIED that there are exemptions under the law which may protect some
6  of the property from being taken by the United States Government **if** you can demonstrate that certain
7  exemptions apply.

8  If you are Steven Zinnel, you have a right to request the court to return your property, **if** you can
9  prove by competent evidence that you do not owe the money, or if you can demonstrate the property the
10 United States is garnishing qualifies under one or more of the applicable exemptions.

11 The following forms are included with these instructions:

12 1) Claim for Exemption form – summarizes your allowable exemptions.

13 2) Request for Hearing form – can be used to calendar a hearing before a Magistrate Judge.

14 In order to request a hearing, you must notify the Court within twenty (20) days after you receive
15 the Acknowledgment of Service and Answer of Garnishee (Bank, IRA, Stocks or Brokerage Accounts).
16 In order to expedite a hearing, you must be specific in your request.  You must also attach a completed
17 Claim for Exemption Form to your Request for Hearing and either mail or deliver your request in person
18 to:

United States District Court
Clerk of the Court
501 I Street, Room 4-200
Sacramento, CA 95814

You must also send a copy of your request to the following:

United States Attorney's Office
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814

26 If you are entitled to a hearing, the Court shall hold a hearing within ten (10) business days after
27 the request is received by the Court, or as soon thereafter is practicable, and the Court will provide notice
28

CLERK'S NOTICE TO JUDGMENT DEBTOR              2

of the hearing date to all of the parties. PLEASE NOTE: IF YOU WANT A HEARING TO TAKE PLACE QUICKLY, YOU MUST EXPRESSLY MAKE THIS REQUEST.

At the hearing, you will have an opportunity to explain to the Court why you believe you do not owe the debt or that the property the United States seeks to garnish is exempt. If you do not request a hearing within twenty (20) days of receiving the Answer of Garnishee, the Court may enter an order garnishing the property or funds. The garnished property or funds may be applied against the judgment owed to the United States of America.

If you live outside the federal judicial district in which this Court is located, you may request, not later than twenty (20) days after you receive this notice, that the proceedings and that the property, funds or account(s) be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to:

> United States District Court
> Clerk of the Court
> 501 I Street, Room 4-200
> Sacramento, CA 95814

You must also send a copy of your request to the following:

> United States Attorney's Office
> KURT A. DIDIER
> Assistant United States Attorney
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

Be sure to keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, or an office of public legal assistance. The Clerk of the Court is not permitted to provide legal advice.

Dated: 4/5/2021

KEITH HOLLAND
Clerk, United States District Court

_____
Deputy Clerk

CLERK'S NOTICE TO JUDGMENT DEBTOR                3