TD AMERITRADE CLEARING, INC.
Incorporating Service, LTD.
7801 Folsom Blvd., #202
Sacramento, CA 95826

**FILED**

APR 14 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN ZINNEL,<br><br>　　　Defendant and Judgment Debtor, | Case No.: 2:21-mc-00098-WBS-AC<br><br>ACKNOWLEDGMENT OF SERVICE AND ANSWER OF GARNISHEE (BANK, IRA, STOCKS OR BROKERAGE ACCOUNTS)<br><br>Criminal Case No.: 2:11-cr-00234-TLN |
| TD AMERITRADE CLEARING, INC.,<br>(and its Successors and Assignees)<br><br>　　　Garnishee. | |

I, __Mary Johnmeyer_____, declare (fill in as applicable):

1. I am the Garnishee, a partner of the Garnishee, or an authorized representative of the Garnishee.

2. On __April 7, 2021_____, Garnishee acknowledges receipt of the Writ of Continuing Garnishment (Bank, IRA, Stocks or Brokerage Accounts).

3. As of the date of service, the Garnishee has custody, control, or possession of the following property, in which Steven Zinnel, Judgment Debtor, maintains an interest, as described below:

///

///

| Description of Property (Include Account or Safe Deposit Box Numbers) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| Rollover IRA Acct 787-727536 | $ 25.01 Cash / Securities | Steve Zinnell Account owner |
| Rollover IRA Acct 782-830613 | $1,458,451.66 Cash/Seurities | Ardith Ferris Owner (deceased) Steve Zinnell Sole Beneficiary of Acct. |

4. Garnishee anticipates owing to the Judgment Debtor in the future the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| Garnishee does not anticipate owing future amounts to the Judgment Debtor | |

5. List any other party who may have an interest in the property described above:

| Account/Safe Deposit Box Number | Name and Address |
|---|---|
| Garnishee is unaware of any other party who may have an interest in the property described above. | |

6. Garnishee denies holding any property or does not expect to hold any property in the future that is subject to this Writ of Garnishment (Bank, IRA, Stocks or Brokage Accounts) – (Explain below): Not Applicable.

7. Garnishee must file with the Court this **original** Acknowledgment of Service and Answer of Garnishee (Bank, IRA, Stocks or Brokerage Accounts) at the following address:

United States District Court
Clerk of the Court
501 I Street, Room 4-200
Sacramento, CA 95814

ACKNOWLEDGMENT OF SERVICE AND ANSWER 2

8. The Garnishee will serve a copy of this Acknowledgment of Service and Answer of Garnishee (Bank, IRA, Stocks or Brokerage Accounts) by first class mail to the Judgment Debtor's attorney, the attorney for the United States:

Addressees

    MICHAEL TANAKA, Attorney
    12400 Wilshire Blvd., Suite 400
    Los Angeles, CA 90025

    United States Attorney's Office
    KURT A. DIDIER
    Assistant United States Attorney
    501 I Street, Suite 10-100
    Sacramento, CA 95814

9. I hereby execute this Acknowledgment of Service and Answer of Garnishee (Bank, IRAs, Stocks or Brokerage Accounts) and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 13, 2021

TD Ameritrade, Inc.
Name of Garnishee (Printed)

Signature of Declarant*

Mary Johnmeyer
Printed Name of Declarant

Paralegal
Full Title of Declarant

700 Maryville Centre Dr., St. Louis, MO 63141
Full Address

636-614-8781
Telephone Number:

(*Declarant: Person completing this form)

ACKNOWLEDGMENT OF SERVICE AND ANSWER     3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is a person of such age and discretion to be competent to serve papers.

That on April 13, 2021, I served a copy of the attached Acknowledgement of Service and Answer of Garnishee (Bank, IRAs, Stocks or Brokerage Accounts), by placing copies in a postage paid envelope addressed to the addressees shown below, which are their last known addresses, and by depositing the envelope and contents in the United States mail at St. Louis, Missouri.

Addressees

MICHAEL TANAKA, Attorney
12400 Wilshire Blvd., Suite 400
Los Angeles, CA  90025

United States Attorney's Office
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814

By: _____
Declarant  Mary Johnmeyer

ACKNOWLEDGMENT OF SERVICE AND ANSWER   4