Steven Zinnel,   #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000

Defendant in Pro Se



FILED

MAY - 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-mc-00098-TLN |
| --- | --- |
| Plaintiff, | Criminal Case No.: 2:11-cr-00234-TLN |
| v. | **DEFENDANT STEVEN ZINNEL'S** MOTION TO APPOINT HYBRID CO-COUNSEL UNDER THE CRIMINAL JUSTICE ACT |
| STEVEN ZINNEL, | |
| Defendant and Judgment Debtor. | |
| TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) | |
| Garnishee. | |

Defendant and alleged judgement debtor Steven Zinnel ("Zinnel") moves the court to appoint Zinnel hybrid co-counsel to assist Zinnel in this quasi-criminal proceeding as the court has previously done.  (see case no. 2:11-cr-234-TLN, ECF#520 &555). Zinnel is incarcerated in federal prison at a satellite camp which has minimal availability of legal resources and is on modified operations due to Covid-19.

This action is entirely releated to a criminal case as the caption reflects with Zinnel's criminal case number on it. Further, Zinnel understands that the government filed documents stating this case is a related case to Zinnel's criminal case in order to get this case assigned to Judge Troy L. Nunley. Zinnel has a right to an attorney under the Sixth Amendment. Twice in papers filed in this case, the government has informed Zinnel "you should contact a lawyer." (see ECF#5-3, pg. 3, line 21). The government also instructed Zinnel "It may be helpful for you to seek the advice of an attorney in this matter." (see ECF #5-5, pg. 1, line 14).

Both in this case, and in Zinnel's underlying criminal case, the government lawyers have lied, cheated, and tried to win at all costs. (for an example, see case no. 2:11-cr-234-TLN, ECF #615, pgs. 244:14-248:4; ECF #560, pgs. 24:26-31:11; ECF #586-7, pgs. 26-71).

Zinnel is an incarcerated pro se litigant going up against the world's strongest litigant represented by the world's largest law firm. In the criminal case, 2:11-cr-234-TLN, on October 4, 2018, AUSA Matthew Segal told the court "we certainly intend to come at him with everything." (see ECF #609, pg. 3, line 11; ECF #519, pg. 22).

The court's over-arching responsibility is "to ensure a level playing field for both sides." Cornell Univ. v. Hewlett-Packard, 2007 WL 4302778 (N.D.N.Y. July 13, 2007). "Fairness is, and must be the hallmark of federal-court litigation, and the essence of fairness is the provision of a level playing field."

Danny B. v. Raimondo, 784 F.3d 825 (1st Cir. 2015).

The interest of justice tilts the lady-justice scale to appoint Zinnel hybrid counsel in this continuing criminal case; especially considering the government conduct in the criminal case thus far. The court previously appointed attorney Tasha Chalfant as Zinnel's hybrid co-counsel. (see case no. 2:11-cr-234-TLN, ECF nos. 520 & 555). Ms. Chalfant knows Zinnel's case well and thus it would be most efficient to again appoint Ms. Chalfant to represent Zinnel. Ms. Chalfant's contact information is: T. 916-444-6100, E. tashachalfant@gmail.com.

Respectfully requested,

*[signature]*

Steven Zinnel                                Dated: 4/26/21

## CERTIFICATION OF SERVICE

### By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on ___4/26/21___ I served a true and correct copy of the foregoing on:

AUSA Kurt A. Didier
AUSA Matthew D. Segal
United States Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA 95814

TD Ameritrade Clearing, Inc.
Incorporating Service, LTD
7801 Folsom Blvd., #202
Sacramento, CA 95826

Attorney for Plaintiff

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities

Pursuant to *Houston v. Lack*, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), a Pro Se prisoner's filing is deemed filed with the Court on the date of delivery to prison authorities for filing with the Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/*

Steven Zinnel, #66138-097
Federal Correctional Institution
P.O. Box 6000
Sheridan, OR 97378-6000