Steven Zinnel,   #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000

Defendant in Pro Se

FILED

MAY - 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant and Judgment Debtor.<br><br>TD AMERITRADE CLEARING, INC., (and its Successors and Assignees)<br><br>Garnishee. | Case No.: 2:21-mc-00098-TLN<br>Criminal Case No.: 2:11-cr-00234-TLN<br><br>**DEFENDANT STEVEN ZINNEL'S** REQUEST THAT THE PROCEEDINGS, PROPERTY, FUNDS, AND ACCOUNT(S) AND THIS ACTION BE TRANSFERRED TO THE FEDERAL JUDICIAL DISTRICT OF OREGON BECAUSE STEVEN ZINNEL LIVES IN SHERIDAN OREGON WHICH IS OUTSIDE THE EASTERN DISTRICT OF CALIFORNIA |

    Steven Zinnel has reviewed ECF #5-3, pg. 3, lines 8-11. Steven Zinnel does not live within the boundries of the Eastern District of California because he lives in Sheridan Oregon.

    Therefore, Steven Zinnel hereby requests in writing that the proceedings, funds, and account(s) and this action be transferred to the United States District Court for the District of Oregon forthwith.

                             Steven Zinnel                Dated 4/28/21

## CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on __4/28/21__ I served a true and correct copy of the foregoing on:

AUSA Kurt A. Didier
AUSA Matthew D. Segal
United States Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA 95814

TD Ameritrade Clearing, Inc.
Incorporating Service, LTD
7801 Folsom Blvd., #202
Sacramento, CA 95826

Attorney for Plaintiff

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities

Pursuant to *Houston v. Lack*, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), a Pro Se prisoner's filing is deemed filed with the Court on the date of delivery to prison authorities for filing with the Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/_

Steven Zinnel, #66138-097
Federal Correctional Institution
P.O. Box 6000
Sheridan, OR 97378-6000