UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant. | No. 2:21-mc-0098 TLN AC<br><br><br><br>ORDER |

Defendant, who is proceeding in pro se, has filed a motion to transfer this case to the District of Oregon because he is currently incarcerated in Sheridan, Oregon. ECF No. 21. The motion is denied.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this garnishment case, the associated criminal conviction and sentence occurred in the Eastern District of California and the property at issue is located in Sacramento, California. ECF

No. 1 at 2.  Venue is proper in the Eastern District of California.  Plaintiff's motion (ECF No. 21) is DENIED.

DATED: May 7, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE