```
 1  Steven Zinnel,  #66138-097
 2  Federal Correctional Institution
 3  FPC Sheridan
    P.O. Box 6000
 4  Sheridan, OR  97378-6000
 5
 6
 7  Defendant in Pro Se
```

**FILED**

MAY 2 0 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 2:21-mc-00098-**TLN** |
|---|---|
| Plaintiff, | Criminal Case No.: 2:11-cr-00234-TLN |
| v. | **DEFENDANT STEVEN ZINNEL'S** OBJECTION TO UNITED STATES' REQUEST TO RECOVER A LITIGATION SURCHARGE OF TEN PERCENT (10%) IN THE AMOUNT OF $301,429 |
| STEVEN ZINNEL, | |
| Defendant and Judgment Debtor. | |
| TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) | |
| Garnishee. | |

In its Application for a Writ of Continuing Garnishment (ECF #5-1), that was not properly served on Steven Zinnel, the United States seeks to recover a litigation surcharge of ten percent (10%) in the amount of $301,429. (ECF #5-1. pg. 2, lines 10-12).  Steven Zinnel objects to the surcharge sought on the following grounds.

///

(1) Plaintiff United States of America and its attorneys have not complied with the statutory requirements for the issuance of the postjudgment remedy as detailed in Zinnel's Request for Hearing filed on May 3, 2021 (ECF #20).

(2) Steven Zinnel does not owe any money in the underlying criminal case and the government has actually over-collected $135,310.14 in the criminal case which should be returned to Zinnel. (see Zinnel's Request for Hearing filed on May 3, 2021 (ECF #20) for more detail).

Based on the foregoing and all of Steven Zinnel's filings in the case, the court should sustain this objection and deny Plaintiff United States.' request for a ten percent (10%) of $301,429.

_____
Steven Zinnel                                Dated: 5/16/21

## CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on  5/16/21  I served a true and correct copy of the foregoing on:

AUSA Kurt A. Didier  
AUSA Matthew D. Segal  
United States Attorney's Office, ED CA  
501 I Street, Suite 10-100  
Sacramento, CA 95814

Attorney for Plaintiff

TD Ameritrade Clearing, Inc.  
Incorporating Service, LTD  
7801 Folsom Blvd., #202  
Sacramento, CA 95826

Garnishee

and K. Greg Peterson, 455 Capitol Mall, Ste. 325, Sacramento, CA 95814 by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities

Pursuant to *Houston v. Lack*, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), a Pro Se prisoner's filing is deemed filed with the Court on the date of delivery to prison authorities for filing with the Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/

Steven Zinnel, #66138-097  
Federal Correctional Institution  
P.O. Box 6000  
Sheridan, OR 97378-6000