1   **Steven Zinnel**, #66138-097

2   Federal Correctional Institution

3   FPC Sheridan

    P.O. Box 6000

4   Sheridan, OR  97378-6000

5

6

7   Defendant in Pro Se

8

**FILED**

**MAY 20 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ *A M C*
        DEPUTY CLERK

9         IN THE UNITED STATES DISTRICT COURT

10

11         EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA | Case No.: 2:21-mc-00098-TLN **AC** |
| 15 | Criminal Case No.: 2:11-cr-00234-TLN |
| 16        Plaintiff, | **DEFENDANT STEVEN ZINNEL'S** |
| 17    v. | MOTION FOR ORDER DIRECTING COUNSEL FOR PLAINTIFF |
| 18 | UNITED STATES OF AMERICA |
| 19  STEVEN ZINNEL, | TO CAUSE ALL FILINGS IN THIS CASE TO BE PERSONALLY SERVED |
| 20 | ON STEVEN ZINNEL RATHER THAN |
| 21     Defendant and Judgment Debtor. | U.S. MAIL BECAUSE PLAINTIFF'S COUNSEL HAS NOT USED STEVEN |
| 22 | ZINNEL'S CORRECT MAILING ADDRESS |
| 23  TD AMERITRADE CLEARING, INC.,  (and its Successors and Assignees) | IN THIS CASE AND BECAUSE PRISON STAFF AT FPC SHERIDAN |
| 24 | SIGNIFICANTLY DELAY THE |
| 25 | DELIVERY OF MAIL TO ZINNEL AND |
| 26      Garnishee. | OTHER PRISONERS |
| 27 | |

28

29

30      Defendant and alleged judgment debtor Steven Zinnel

31 ("Zinnel") hereby moves this court for an order directing

    counsel for Plaintff United States of America to cause all

32 filings in this case to be personally served on Steven Zinnel

33 rather than U.S. Mail because Plaintiff's counsel has not used

34 Steven Zinnel's correct mailing address in this case and

35 because prison staff at FPC Sheridan significantly delay the

    the delivery of mail to Zinnel and other prisoners.

I.   <u>INTRODUCTION</u>

   "It's hard to fight when the fight'in ain't fair."
        Taylor Swift

   The court's over-arching responsibility is "to ensure a level playing field for both sides."  Cornell Univ. v. Hewlett-Packard Co., 2007 WL 4302778 (N.D.N.Y. July 23, 2007). "Fairness is and must be the hallmark of federal-court litigation, and the essence of fairness is the provision of a level playing field."  Danny B. v. Raimondo, 784 F.3d 825 (1st Cir. 2015).

II.   <u>PLAINTIFF'S COUNSEL HAS PROVIDED ALL INVOLVED WITH THIS CASE THE INCORRECT MAILING ADDRESS FOR ZINNEL AND FAILED TO SERVE ZINNEL WITH NOTICE OF THIS ACTION AND OTHERS INVOLVED HAVE FAILED TO SERVE ZINNEL</u>

   Plaintiff United States of America is represented by the U.S. Attorney's Office which is part of the U.S. Department of Justice.  Zinnel is incarcerated in the Federal Bureau of Prisons which is also part of the U.S. Department of Justice.  Therefore, Plaintiff's counsel AUSA Kurt A. Didier and AUSA Lynn Trinka Ernce should know Zinnel's correct mailing address and inform others and the court of Zinnel's mailing address.  However, since this case has been filed, Plaintiff's counsel has used an incorrect mailing address of Zinnel of "P.O. Box 5000."  (see ECF #5-1, pg. 2, lines 13-14; Certificate of Service dated and assumed filed on April 20, 2021 and signed by Plaintiff's employee Michelle Lecroy, page 2).

   Garnishee TD Ameritrade Clearing, Inc. has utterly failed to serve Zinnel.  (see ECF #8, pg. 4).

1    Therefore, because Zinnel is not timely receiving

2    United States Mail and not receiving mail at all, Zinnel's

3    right to notice and opportunity to be heard is being

4    trampled on and this court should order the government and

5    its lawyers to personally serve Zinnel with all court

6    filings and orders in this case via hand-delivery at

7    FPC Sheridan.

8    III.   FPC SHERIDAN DELAYS DELIVERING ZINNEL LEGAL MAIL AND
            OTHER MAIL
9
          On April 8, 2021, Zinnel's appellate attorney mailed
10
     via Priority Mail legal documents that arrived at FPC Sheridan
11
     on April 12, 2021.  However, BOP staff at FPC Sheridan did not
12
     deliver the time-sensitive important legal documents to
13
     Zinnel until April 22, 2021; a 10-day delay.  Attached
14
     hereto as Exhbit A is a true and correct copy of the
15
     Priority Mail envelope that was mailed to Zinnel on April 8,
16
     but not delivered to Zinnel by prison authorities until
17
     April 22, 2021.  Attached hereto as Exhibit B is a true and
18
     correct copy of the USPS Tracking printout confirming that
19
     the Priority Mail envelope mailed on April 8, 2021 arrived
20
     at the BOP's Sheridan Oregon PO Box on April 12, 2021 at
21
     7:57 AM.
22
          On April 6, 2021, an individual from Southern California
23
     mailed Zinnel an envelope.  Attached hereto as Exhibit C is
24
     a true and correct copy of the envelope with redaction.
25
     As noted on the envelope, Zinnel did not receive the
26
     envelope until April 21, 2021.  Therefore, the Department of
27

Justice, plaintiff's counsel's employer, delayed delivery of the United States Mail for around twelve (12) days.

On April 22, 2021, Zinnel wrote an Inmate Request to Staff to the FCI Sheridan warden Dewayne Hendrix regarding the problem with delayed mail delivery at FPC Sheridan. Attached hereto as Exhibit D is a true and correct copy of Zinnel's Inmate Request to Staff.  Zinnel pointed out to the warden that "Obstructing and Retarding the Passage of Mail" and "Delaying the Mail" are Federal Crimes under 18 U.S.C. 1701 and 18 U.S.C. 1703.  (see Exhibit D).

IV. THE DEPARTMENT OF JUSTICE AND THE U.S. ATTORNEY'S OFFICE HAS THE RESOURCES TO EASILY PERSONALLY SERVE ZINNEL WITH ALL THE COURT-FILINGS IN THIS CASE AND ALL COURT ORDERS

The Plaintiff in this case is the strongest litigant in the world represented by the world's largest law firm.

"The Government is the strongest litigant in the world.  You have got the F.B.I. and all the government agencies available to you.  You represent the strongest client in the world." Lenske v. United States, 383 F.2d 20 (9th Cir. 1967)

According to a December 29, 2017 press release, the United States Attorney's Office for the Eastern District of California alone has 92 attorney's and 81 non-attorney staff.  Between this case and the underlying criminal case, Plaintiff has utilized at least six attorneys.  Further, the Plaintiff has the unfettered use of the U.S. Marshall's service.  Last year, the Bureau of Prison's budget was over $7 billion dollars.  Surely with those resources, the government should have no problem causing Zinnel to be

personally served with all court-filings in this case and
any court orders issued in this case so that Zinnel, as a
pro se litigant, who is incarcerted, receives timely notice
and has an opportunity to be heard.

V.   THE COURT DOES NOT SERVE ITS ORDERS TO ZINNEL'S
     CORRECT ADDRESS EVEN THOUGH ALL OF ZINNEL'S
     FILINGS HAVE HIS CORRECT MAILING ADDRESS ON THEM
     AT THE TOP LEFT OF THE FIRST PAGE ON EVERY FILING

In this case, the government lawyers use an incorrect
mailing address for Zinnel.  Garnishee TD Ameritrade
Clearing, Inc. does not serve Zinnel, a party, at all.
Now the Court serves its orders to an address that Zinnel
has not been at since November 13, 2020.

In this case, every single filing Zinnel has made, has
contained his correct mailing address at the tope left on
the first page. (see Zinnel's May 3, 2021 filings including
ECF nos. 20 & 22).  However, for some unknown reason, the
Court serves its Minute Orders on Zinnel at FCI Terminal
Island in San Pedro, California instead to Zinnel's actual
mailing address of FPC Sheridan, Sheridan Oregon. (see
ECF nos. 24 & 25).  Attached hereto as Exhibit E is a true
and correct copy of the Court's Minute Orders made on
May 7, 2021 that were "served conventionally" on Zinnel
at FCI Terminal Island with Zinnel's hand-written notations
on them.

///
///
///

VI.   THERE IS A MASSIVE PROBLEM WITH NON-DELIVERY OF
      UNITED STATES MAIL AT FPC SHERIDAN

As previously described above and detailed in Exhibit D attached hereto, Zinnel's United States Mail is significantly delayed by Plaintiff United States of America and its employees and agents.  The latest being that no mail was delivered to inmates at FPC Sheridan on May 11, 2021 or May 12, 2021.  On May 13, 2021, Zinnel electronically sent an Inmate Request to Staff to FPC Sheridan Unit Manager Mr. Sponsler regaring the Massive Problem with Non-Delievery of Mail at FPC Sheridan.  Zinnel explained that on May 11, 2021, not a single one of the inmates at the prison camp received a letter in an envelope.  On May 12, 2021, Unit Manager Mr. Sponsler responded electronically:

> "I can assure you that I will step over to the mail room today to see if there are any issues involved with mail being issued at the camp.  I will also speak to Mrs. Lawson and see if she is aware of any issues within her department."

However, on May 12, 2021, not a single piece of of inmate United States mail was delivered to the roughly 300 inmates at the camp at FPC Sheridan.  When the camp Correctional Officer on duty was asked about U.S. mail NOT being delivered to inmates on May 12, 2021, the response was:

> "The mail room didn't sort anything so nothing got delivered."

This is so wrong and Plaintiff United States of America and its employees and agents are violating the law.  Obstructing and Retarding the Passage of Mail and Delaying Mail are

1  Federal Crimes under 18 U.S.C. 1701 and 18 U.S.C. 1703.

2  Attached hereto as Exhibit F is a true and correct copy of

3  Zinnel's May 13, 2021 Inmate Request to Staff confirming

4  the aforementioned.

5  VII.   WITHOUT PERSONAL SERVICE ON ZINNEL AND/OR APPOINTMENT
          OF COUNSEL AND/OR LIBERAL EXTENSIONS OF TIME FOR
6         ZINNEL TO MAKE HIS FILINGS IN COURT, ZINNEL WILL
          BE GREATLY PREJUDICED AND IT IS IMPOSSIBLE FOR
7         ZINNEL TO FILE HIS PAPERS IN COURT AS ORDERED
          BY THE COURT AND REQUIRED BY THE RULES AND LAW
8
9        California Civil Code 3531 concerns impossibilities and

10 states:

11       "The law never requires impossibilities." (emphasis added)

12       However, on May 7, 2021, the Court issued an order

13 requiring the United States to file a response no later than

14 June 2, 2021, but only provided Zinnel until June 9, 2021 to

15 file his Reply; a mere seven (7) days.  (see ECF #24; Ex. E).

16 Said another way, the court provided the world's strongest

17 litigant represented by the world's largest law firm, with

18 92 attorneys in Sacramento alone and electronic service

19 via PACER, thirty (30) days to file a response to Zinnel's

20 May 3, 2021 filing, but only provided Zinnel, a pro se

21 litigant who the Court declined to appoint counsel, who is

22 incarcerated, and does not timely receive his United States

23 Mail only seven (7) days to receive the United States'

24 response in the mail in Sheridan Oregon, type a Reply on a

25 typewriter (just barely better than a stone-tablet and a

26 chisel), and mail the Reply from Sheridan Oregon to Sacramento

27 California so that the Reply can be filed by June 9, 2021.

7

1  (see ECF #24; Exhibit E).  Thus, the Court is ordering an

2  incarcerated pro se party, housed many miles away from the

3  Federal Courthouse in Sacramento, to do the IMPOSSIBLE, but

4  yet giving the world's strongest litigant represented by

5  the world's largest law firm, FN #1, thirty days to file its

6  responses; 4.28 times more time than the Court has allowed

7  Zinnel.  This is <u>arbitrary</u> and <u>unreasonable</u>.

8      The absolute lack of a "level playing field" has been

9  how Zinnel has been treated by Judge Troy L. Nunley in the

10  underlying criminal case, USDC ED CA case #2:11-cr-00234-TLN,

11  and by the government lawyers who are Plaintiff's counsel

12  in this case.

13  VIII.  <u>CONCLUSION</u>

14      Based on the aforementioned and the attached exhibits,

15  the Court should issue an order requiring Plaintiff and its

16  numerous attorneys, to cause Zinnel to be personally served

17  with all court filings and orders made in this case

18  WITHIN THREE (3) days of being filed.  Further, the Court

19  should order Plaintiff's attorneys to serve a complete

20  docket in this case so Zinnel knows the ECF numbers and

21  the date of filings.

22

23  _____        Dated: 5/16/21

24  Steven Zinnel

25  _____

26  FN #1  Lenske v. United States, 383 F.2d 20 (9th Cir. 1967)

27

# EXHIBIT

# "A"





**EP14F Oct 2018**

# PRIORITY MAIL ®

**UNITED STATES POSTAL SERVICE ®**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



To schedule free Package Pickup, scan the QR code.

LEGAL MAIL RECEIVED

MAIL ROOM
4/22/21  1:00  PM
DATE      TIME    INIT

UNIT STAFF
4-22-21  2:00  RL
DATE      TIME    INIT

INMATE
DATE      TIME    INIT

**UNITED STATES POSTAL SERVICE ®  Click-N-Ship®**

usps.com
$7.95
US POSTAGE
Flat Rate Env

9405 5036 9930 0341 4068 74 0079 5000 0059 7378

04/08/2021        Mailed from 90025

U.S. POSTAGE PAID

**PRIORITY MAIL 3-DAY™**

Expected Delivery Date: 04/12/21

MICHAEL TANAKA
LAW OFFICE OF MICHAEL TANAKA
12400 WILSHIRE BLVD
STE 400
LOS ANGELES CA 90025-1030

SHIP
TO: STEVE ZINNEL
REG. NO. 66138-097. - FCI SHERIDAN SATELLITE
PO BOX 6000
**SHERIDAN OR 97378-6000**

**B900**

0004

## USPS TRACKING #

9405 5036 9930 0341 4068 74

EXHIBIT "A"

# EXHIBIT

# "B"

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 9405503699300341406874

Remove ✕

Your item has been delivered and is available at a PO Box at 7:57 am on April 12, 2021 in SHERIDAN, OR 97378.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, PO Box

April 12, 2021 at 7:57 am
SHERIDAN, OR 97378

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

**April 12, 2021, 7:57 am**
Delivered, PO Box
SHERIDAN, OR 97378
Your item has been delivered and is available at a PO Box at 7:57 am on April 12, 2021 in SHERIDAN, OR 97378.

**April 12, 2021, 7:39 am**
Arrived at Post Office
SHERIDAN, OR 97378

---

# EXHIBIT

# "C"

AV, CA 92056

97378-600000

Steve Zinmel # 66138-097
FCI Sheridan Satellite Camp
PO Box 6000
Sheridan, OR  97378

SANTA ANA CA  92

[6 APR 2021] PM 3

[Rec 4/21/2]

FOREVER / USA

FOREVER / USA

# EXHIBIT

# "D"

P-S148.055 **INMATE REQUEST TO STAFF**   CDFRM

BP 98

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WARDEN HENDRIX | DATE: APRIL 22, 2021 |
|---|---|
| FROM: STEVEN ZINNEL | REGISTER NO.: 66138-097 |
| WORK ASSIGNMENT: ORDERLY | UNIT: 6 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

RE: FCI SHERIDAN IS OBSTRUCTING AND RETARDING

THE PASSAGE OF MAIL AND DELAYING MAIL

WHICH ARE FEDERAL CRIMES UNDER

18 USC 1701 & 18 USC 1703

ZINNEL AND MANY OTHER INMATES ARE HAVING THEIR

U.S. MAIL OBSTRUCTED AND DELAYED. THE LATEST OBSTRUCTION

IS AS FOLLOWS: ON 4/8/21, ZINNEL'S ATTORNEY SENT LEGAL

MAIL THAT HAD A COURT-FILING DEADLINE OF 14 DAYS.

THE PRIORITY MAIL ARRIVED AT SHERIDAN, BUT ZINNEL DID NOT

GET CALLED FOR LEGAL MAIL UNTIL 4/22/21, PAST THE DEADLINE.

SEE EXHIBIT "A." ON 4/6/21, A LETTER WAS MAILED TO ZINNEL, BUT

HE DID NOT RECEIVE who not were held this 4/13/21, (SEE EXHIBIT "B.")

DISPOSITION: ASSURE ZINNEL THIS WILL NOT HAPPEN AGAIN
OR ZINNEL WILL NOTIFY THE U.S. ATTORNEY'S OFFICE & COURT.

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate            This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)          and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

# EXHIBIT

# "E"

MIME−Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message−Id: Subject:Activity in Case 2:21−mc−00098−TLN−AC USA v. Zinnel Minute Order. Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### Eastern District of California − Live System

## Notice of Electronic Filing

The following transaction was entered on 5/7/2021 at 8:55 AM PDT and filed on 5/7/2021

| | |
|---|---|
| *Case Name:* | USA v. Zinnel |
| *Case Number:* | 2:21−mc−00098−TLN−AC |
| *Filer:* | |
| *Document Number:* | 24(No document attached) |

*Docket Text:*
 MINUTE ORDER issued by Courtroom Deputy J. Anderson for Magistrate Judge Allison Claire on 05/07/2021: Third−party claimant David Zinnel and pro se defendant Steven Zinnel have each requested an evidentiary hearing. See ECF No. [13] (David Zinnel request); ECF No. [20] (Steven Zinnel request). The United States shall file separate responses to these requests no later than June 2, 2021. Optional replies to the governments responses may be filed no later than June 9, 2021. The requests will then be considered submitted. SO ORDERED. (Text Only Entry) (Anderson, J)

**2:21−mc−00098−TLN−AC Notice has been electronically mailed to:**

Kenneth Gregory Peterson &nbsp &nbsp greg@kgregpeterson.com, karen@kgregpeterson.com

Kurt Didier , flu &nbsp &nbsp kurt.didier@usdoj.gov, caseview.ecf@usdoj.gov, grace.nelson@usdoj.gov, kathyla.lor@usdoj.gov, kynan.boyd@usdoj.gov, laura.leone@usdoj.gov, lolita.araim@usdoj.gov, lynn.trinka.ernce@usdoj.gov, michelle.lecroy@usdoj.gov, nancy.stevens@usdoj.gov, usacae.ecfsaccv@usdoj.gov

Lynn Trinka Ernce (civil) &nbsp &nbsp lynn.trinka.ernce@usdoj.gov, caseview.ecf@usdoj.gov, grace.nelson@usdoj.gov, laura.leone@usdoj.gov, lolita.araim@usdoj.gov, michelle.lecroy@usdoj.gov, monica.lee@usdoj.gov, pamela.beauvais@usdoj.gov, usacae.ecfsaccv@usdoj.gov

**2:21−mc−00098−TLN−AC Electronically filed documents must be served conventionally by the filer to:**

Steven Zinnel
# 66138−097
FEDERAL CORRECTIONAL INSTITUTION −TERMINAL ISLAND
P.O. Box 3007
San Pedro, CA 90733

*Rec 5/10/21*

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain
Message–Id: Subject:Activity in Case 2:21–mc–00098–TLN–AC USA v. Zinnel Minute Order.
Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 5/7/2021 at 8:59 AM PDT and filed on 5/7/2021

| | |
|---|---|
| **Case Name:** | USA v. Zinnel |
| **Case Number:** | 2:21–mc–00098–TLN–AC |
| **Filer:** | |
| **Document Number:** | 25(No document attached) |

**Docket Text:**
 **MINUTE ORDER issued by Courtroom Deputy J. Anderson for Magistrate Judge Allison Claire on 05/07/2021: Pro se defendant Steven Zinnel requests a waiver of personal appearance and to appear by electronic means at any court hearings in this matter. ECF No. [22]. The request is GRANTED IN PART to the extent that the court will consider defendants standing request when scheduling any court proceedings in this miscellaneous case, and will permit telephonic or video appearance where appropriate. SO ORDERED. (Text Only Entry)(Anderson, J)**

**2:21–mc–00098–TLN–AC Notice has been electronically mailed to:**

Kenneth Gregory Peterson &nbsp &nbsp greg@kgregpeterson.com, karen@kgregpeterson.com

Kurt Didier , flu &nbsp &nbsp kurt.didier@usdoj.gov, caseview.ecf@usdoj.gov, grace.nelson@usdoj.gov, kathyla.lor@usdoj.gov, kynan.boyd@usdoj.gov, laura.leone@usdoj.gov, lolita.araim@usdoj.gov, lynn.trinka.ernce@usdoj.gov, michelle.lecroy@usdoj.gov, nancy.stevens@usdoj.gov, usacae.ecfsaccv@usdoj.gov

Lynn Trinka Ernce (civil) &nbsp &nbsp lynn.trinka.ernce@usdoj.gov, caseview.ecf@usdoj.gov, grace.nelson@usdoj.gov, laura.leone@usdoj.gov, lolita.araim@usdoj.gov, michelle.lecroy@usdoj.gov, monica.lee@usdoj.gov, pamela.beauvais@usdoj.gov, usacae.ecfsaccv@usdoj.gov

**2:21–mc–00098–TLN–AC Electronically filed documents must be served conventionally by the filer to:**

Steven Zinnel
# 66138–097
FEDERAL CORRECTIONAL INSTITUTION –TERMINAL ISLAND
P.O. Box 3007
San Pedro, CA 90733

# EXHIBIT

# "F"

TRULINCS 66138097 - ZINNEL, STEVEN - Unit: SHE-F-C

--------------------------------------------------------------------------------

FROM: 66138097
TO: Unit 6
SUBJECT: ***Request to Staff*** ZINNEL, STEVEN, Reg# 66138097, SHE-F-C
DATE: 05/13/2021 06:51:43 AM

To: Mr. Sponsler, Unit Manager
Inmate Work Assignment: Orderly

INMATE REQUEST TO STAFF

To: Unit Manager Mr. Sponsler
Fr: Steven Zinnel, #66138-097
Date: May 13, 2021
Re: MASSIVE PROBLEM WITH NON-DELIVERY OF UNITED STATES MAIL AT FPC SHERIDAN

COMPLAINT

For a long time now, at FPC Sheridan, United States mail, including legal mail sent by USPS Priority Mail with tracking numbers, is being delayed or not given at all. In fact, on May 11, 2021, prisoner Steven Zinnel, #66138-097 ("Zinnel") sent an Electronic Request to Staff to Unit Manager Mr. Sponsler stating that on May 11, 2021, "not a single one of the roughly 100 inmates in Unit 6 received a letter in an envelope...Inmates are rightfully upset including Zinnel."

On May 12, 2021 Unit Manager Mr. Sponsler responded electronically as follows:

.   "I can assure you that I will step over to the mail room today to see if there are any issues involved with the
.   mail being issued at the camp. I will also speak to Mrs. Lawson and see if she is aware of any issues
.   within her department. Feel free to talk to me tomorrow at mainline is the issues continue to persist."

However, on May 12, 2021, not a single piece of inmate United States Mail mail was delivered to the roughly 300 inmates at the camp at FPC Sheridan. When the camp Correctional Officer on duty was asked about U.S. mail NOT being delivered to inmates on May 12, 2021, here was the FPC Sheridan Correctional Officer's response:

.   "The mail room didn't sort anything so nothing got delivered."

This is so wrong and against the law. Zinnel has active federal court cases, including one in which a Federal Judge in Sacramento has issued Zinnel an order that he must file his response to government court-filings in Sacramento within seven (7) days. It is impossible when FPC Sheridan constantly and consistently delays United States Mail or does not deliver U.S. Mail at all.

Obstructing and Retarding the Passage of Mail and Delaying Mail are Federal crimes under 18 U.S.C. 1701 and 18 U.S.C. 1703.
Mr. Sponsler, inmates at FPC Sheridan, including Zinnel, are upset. Zinnel spoke with several inmates on May 12, 2021 sharing your response that you "assured Zinnel that you would step over to the mail room on May 12, 2021 to see if there are any issues."

Zinnel assures Mr. Sponsler that there is a huge, and long-running, issue with the delivery of inmate mail at FPC Sheridan. Zinnel looks really bad to other inmates when he tells them that he is doing everything he can to correct the massive mail problem at FPC Sheridan and to stand down because the Unit Manager, Mr. Sponsler, assured Zinnel that he would personally check into it on May 12, 2021, and then later on May 12, 2021, not a single inmate at FPC Sheridan received any United States Mail because according to a Correctional Officer, "The mail room didn't sort anything so nothing got delivered."

Zinnel trusts this Inmate Request to Staff clearly documents the mail problem at FPC Sheridan and Zinnel's position and frustration.

## CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that

on _____ 5|16|21 _____ I served a true and correct copy of the foregoing on:

AUSA Kurt A. Didier

AUSA Matthew D. Segal
United States Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA 95814

TD Ameritrade Clearing, Inc.
Incorporating Service, LTD
7801 Folsom Blvd., #202
Sacramento, CA 95826

Attorney for Plaintiff

Garnishee

and K. Greg Peterson, 455 Capitol Mall, Ste. 325, Sacramento, CA 95814 by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then

depositing the foregoing with prison authorities

Pursuant to *Houston v. Lack*, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d

245 (1988), a Pro Se prisoner's filing is deemed filed with the Court on the date of delivery to

prison authorities for filing with the Court.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

**Steven Zinnel**,  #66138-097
Federal Correctional Institution
P.O. Box 6000
Sheridan, OR  97378-6000

Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000

May 16, 2021

Clerk of the Court
U.S. District Court
501 I Street, Suite 4-200
Sacramento, CA  95814-2322

Re: Court filings in 2:21-mc-00098-TLN  AC

To the Clerk of the Court:

Please find a copy of the face page only and the original of
the following documents to be filed with the court:

1) Objection to the Magistrate Judge's May 7, 2021 Order (ECF #27);

2) Motion for Order Directing Counsel for Plaintiff United
   States of America to Cause All Filings in this case
   to be personally served;

3) Motin for Standing Extension of Time in which to file;

4) Motion to have the COurt Clerk Serve Steven Zinnel at
   the correct address;

5) Motion to Quash Writ of Garnishment;

6) Notice of Appeal of any Final Judgment;

7) Objection to the Magistrate Judge's May 7, 2021 Order
   (ECF #24) Providing Plaintiff Thirty Days to Respond,
   but Zinnel only 7 days

Please note that the Certificate of Service is on the last page
of each of the filings.  Please file the originals, which have
been served on the parties, and court-enforse the copy of the
face page stamped filed.

I have enclosed a self-addressed stamped envelope so the court-
endorsed copies of the face page with the ECF # on them can
be  mailed to me.