UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant. | No. 2:21-mc-00098 TLN AC PS<br><br><br>ORDER |

This is a garnishment case. Defendant is an incarcerated litigant appearing in pro se. Pending before the court are defendant's motion for an evidentiary hearing (ECF No. 20) and third-party David Zinnel's request for an evidentiary hearing (ECF No. 13). The court ordered plaintiff to respond to each of these requests by June 2, 2021, with defendant and Steven Zinnel's replies due by June 9, 2021. ECF No. 24. Following the entry of the minute order setting the above briefing schedule, defendant filed several motions. Each of these motions is addressed below.

First, defendant has requested a copy of all court filings except for his own, and a complete docket sheet. ECF Nos. 36, 41. Defendant alleges he has not been properly served documents. Id. at 2. The court cannot accommodate requests from parties for copies of court documents. Defendant requests a voluminous production from the court; this is not an appropriate use of public resources. The parties are required to maintain their own files. The motions at ECF Nos. 36 and 41 are denied.

Second, defendant moves to strike ECF No. 8, the Acknowledgement of Service and Answer of Garnishee, alleging he was not properly served. A certificate of service demonstrating service upon defendant by mail is on file. ECF No. 15. The request to strike at ECF No. 29 is baseless and is denied.

Third, defendant asks for an order requiring personal service in this case, rather than service by mail, because the government has used plaintiff's incorrect mailing address and because the prison delays his mail. ECF No. 34 at 2-3. Federal Rule of Civil Procedure 5(b)(2)(C) authorizes service by mail to a person's last known address. Defendant is responsible for keeping his address current with the court. The court is unconvinced that there are serious problems with service, given defendant's numerous filings. The court will not compel personal service. ECF No. 34 is denied.

Fourth, defendant preemptively requests an extension of time to file reply briefing from June 9, 2021 to June 30, 2021. ECF No. 35. Defendant contends additional time is needed due to delays in service and his lack of representation. Id. Because this is the first extension of time sought, the court will grant this motion and provide defendant until June 30, 2021 to reply to the government's opposition to his request for a hearing.

Fifth, defendant submitted a motion to quash the writ of continuing garnishment, alleging his restitution and fine have been satisfied. ECF No. 37. Defendant argues that an AUSA emailed his former attorney stating that the government has marshalled over three million dollars in assets but that no funds have been applied to the restitution or fine. ECF No. 37 at 2. Plaintiff argues that since he has been incarcerated the Bureau of Prisons has collected $525.00 from him, and that amount added to the seized assets more than satisfies the restitution and fine. Id. The reported hearsay statement is without context and plaintiff's unsubstantiated financial accounting is unpersuasive; the motion is denied.

Finally, defendant moved to strike and objected to third-party David Zinnel's request for a hearing. ECF No. 30. Defendant makes a fact-based argument. The court will construe this document as an opposition to David Zinnel's motion and will consider it along with plaintiff's response, due June 2, 2021.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's motions for a copy of the docket and all filings (ECF Nos. 36, 41) are DENIED;
2. Defendant's motion to strike (ECF No. 29) is DENIED;
3. Defendant's motion for personal service (ECF No. 34) is DENIED;
4. Defendant's motion for an extension of time (ECF No. 35) is GRANTED and defendant will have until June 30, 2021 to submit a reply with respect to his motion for a hearing;
5. Defendant's motion to quash (ECF No. 37) is DENIED;
6. Defendant's motion to object (ECF No. 30 ) is CONSTRUED as an opposition to the third-party request of David Zinnel.

DATED: May 25, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE