| | |
|---|---|
| | |

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:11-cr-00234-TLN

12                     Plaintiff,

13           v.                              **RELATED CASE ORDER**

14    STEVEN ZINNEL,

15                     Defendant.

16    ─────────────────────────────          No. 2:21-mc-00098-TLN-AC

17    UNITED STATES OF AMERICA,

18                     Plaintiff,

19           v.

20    STEVEN ZINNEL,

21                     Defendant

22    TD AMERITRADE CLEARING, INC.,

23                     Garnishee

24
25
26
27
28

                              1

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-mc-00143-TLN-CKD |
| Plaintiff, | |
| v. | |
| STEVEN ZINNEL, | |
| Defendant | |
| DAVID ZINNEL, SUCCESSOR TRUSTEE OF THE CASTANA TRUST, DATED MARCH 4, 2009, | |
| Garnishee | |

The Court has reviewed the Government's Notice of Related Cases, filed June 10, 2021. Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, an Application for a Writ of Continuing Garnishment is being filed in case number 2:21-mc-00143-TLN-CKD to enforce the criminal restitution order imposed against Steven Zinnel in case number 2:11-cr-00234-TLN. A similar civil action has been brought to enforce the unpaid restitution order against Zinnel in case number 2:21-mc-00098-TLN-AC. The foregoing actions involve the same parties, similar underlying alleged facts, and the same questions of law. As such, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a), see also L.R. 123(c).

1       Relating the cases under Local Rule 123, however, merely has the result that both actions

2 are assigned to the same judge, it does not consolidate the actions. Under the regular practice of

3 this Court, related cases are generally assigned to the judge and magistrate judge to whom the

4 first filed action was assigned. Should either party wish to consolidate the actions, the

5 appropriate motion or stipulation must be filed.

6       IT IS THEREFORE ORDERED that the action denominated No. 2:21-mc-00143-TLN-

7 CKD be reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the

8 caption shall read No. 2:21-mc-00143-TLN-AC. Any dates currently set in No. 2:21-mc-00143-

9 TLN-CKD are hereby VACATED.

10 DATED: June 22, 2021

11

12

                                     Troy L. Nunley

13                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28