Steven Zinnel, #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000

Defendant in Pro Se

**FILED**

JUL 0 2 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. STEVEN ZINNEL, Defendant and Judgment Debtor. TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) Garnishee. | Case No.: 2:21-mc-00098-TLN<br>Criminal Case No.: 2:11-cr-00234-TLN<br>**DEFENDANT STEVEN ZINNEL'S** NOTICE OF CONTINUED PREJUDICE BECAUSE THE PRISON STAFF AT FPC SHERIDAN DELAYS AND OBSTRUCTS U.S. MAIL AND THE COURT DENIED STEVEN ZINNEL'S MOTION FOR PERSONAL SERVICE IN THIS CASE |
|---|---|

Defendant and alleged judgment debtor Steven Zinnel ("Zinnel") hereby gives Notice of his continued prejudice in this case because the prison staff at FPC Sheridan delays and obstructs U.S. Mail and the court refused to order personal service in this case as Zinnel has steadfastly requested.

In previous filings, Zinnel informed this court that the government lawyers and the court does not serve Zinnel by mail at the correct address and TD Ameritrade Clearing does not

serve Zinnel at all. (see ECF #36). Zinnel filed a motion for a standing extension of time in which to make his filings wherein he explained the problems with receiving mail and service. (see ECF #35). Zinnel also filed a motion for personal service because of the problems with Zinnel receiving U.S. Mail at FPC Sheridan. (see ECF #34). The court denied the motion for personal service writing "The court is unconvinced that there are serious problems with service," and thus the court will not compel personal service. (see ECF #44, p. 2). On June 10, 2021, Zinnel filed an objection to the magistrate judge's order denying Zinnel's motion for personal service. In the objection, Zinnel devoted seven (7) pages and eleven exhibits to all the problems regarding the delay and non-delivery of United States Mail at FPC Sheridan. (see June 10, 2021 objection pages 5-11 and exhibits A-K). On June 18, 2021, Zinnel filed a Notice that he had not received David Zinnel's Reply Brief in the mail that was due to be filed and served on June 9, 2021.

Zinnel gives Notice that the problems of Zinnel receiving court filings in this case, and related to this case, continue and Zinnel asks this court to fashion a remedial court order.

There continues to be a massive problem with the delivery of United States mail by prison authorities at FPC Sheridan:

On June 25, 2021, Zinnel received an approximate two inch thick stack of legal papers sent from David Zinnel's

attorney K. Greg Peterson that were mailed from Sacramento to Zinnel at Sheridan, Oregon. Mail delivery from Sacramento to Sheridan, Oregon should be about three (3) days and in some cases, Zinnel has received this court's orders in this case in three days. First, the legal papers Zinnel received on June 25, 2021 attorney Peterson's office were all jumbled and mixed up. This is the obvious result of the FCI Sheridan Mail Room mixing them up when the legal papers were photocopied. Second, and more importantly, the two inch pile of legal papers contained two court filings as follows:

(1) "Petition for Order to Determine Claim to Property" and the Proof of Service. The Petition for Order was filed in Sacramento Superior Court, in relation to this garnishment case, on May 28, 2021. The Proof of Service reflects the legal papers were mailed to Zinnel on May 28, 2021. Assuming three (3) days for mail delivery, <u>it took around twenty-four (24) days</u> for staff at FPC Sheridan <u>to actually provide Zinnel with legal papers mailed to him almost a month ago.</u> Attached hereto as Exhibit A is a true and correct copy of the first page of the Petition for Order and the Proof of Service.

(2) "Zoom Court Hearing Notice" and "Proof of Service. The Notice was filed in Sacramento Superior Court, in relation to this garnishment case, on June 9, 2021. The Proof of Service reflects the legal papers were mailed to Zinnel on June 15, 2021. Assuming three (3) days for mail delivery, <u>it took around seven (7) days</u> for staff at FPC Sheridan <u>to actually provide Zinnel with legal papers mailed to him ten days earlier.</u> Attached hereto as Exhibit B is a true and correct copy of the first page of the Zoom Notice and the Proof of Service.

Again, Zinnel received the above detailed court filings at the same time in one big two-inch thick jumbled pile when the legal papers were mailed to Zinnel seventeen (17) days apart.

3

Zinnel has sent numerous Electronic Requests to BOP staff explaining the massive problem with U.S. Mail delay and obstruction at FPC Sheridan. Zinnel has also utilized the BOP's Administrative Remedy process to try to timely receive his legal mail. However, after months of bringing the problem to the BOP's attention and asking for corrections, nothing has been done. Zinnel is now in the process of drafting a Complaint to be submitted to the Office of the Inspector General of the United States Postal Service and the Office of the Inspector General of the Department of Justice. Attached hereto as Exhibit C, is a true and correct copy of Zinnel's most recent Electronic Inmate Request to Staff that explains and confirms the massive problem with United States Mail delivery at FPC Sheridan.

Zinnel renews his motion for personal service in this garnishment proceeding and for a standing extension of thirty (30) days in which to file responsive documents with this court.

Seeking justice in an unjust case,

_____
Steven Zinnel                          Dated: 6/29/21

# EXHIBIT "A"

REC 6/25/21
MAILED 5/26/21

DE-115/GC-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 118287 | FOR COURT USE ONLY |
|---|---|---|
| NAME: K. Greg Peterson, Esq. | | |
| FIRM NAME: K. Greg Peterson, A Professional Law Corporation | | |
| STREET ADDRESS: 455 Capitol Mall, Suite 325 | | |
| CITY: Sacramento   STATE: CA   ZIP CODE: 95818 | | |
| TELEPHONE NO.: 916-443-3010   FAX NO.: 916-492-2680 | | |
| EMAIL ADDRESS: greg@kgregpeterson.com | | |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 3341 Power Inn Road
MAILING ADDRESS: 3341 Power Inn Road
CITY AND ZIP CODE: Sacramento, CA 95818
BRANCH NAME: William R. Ridgeway Family Relations Courthouse

ESTATE OF (name): [ ]   [X] IN THE MATTER OF (name):
THE CASTANA TRUST, DATED MARCH 4, 2009
[ ] DECEDENT  [X] TRUST  [ ] CONSERVATEE  [ ] MINOR

**NOTICE OF HEARING ON
PETITION TO DETERMINE CLAIM TO PROPERTY**

CASE NUMBER: 34-2016-00200990

BY FAX

*A petition has been filed asking the court to determine a claim to the property identified in 3, and a hearing on the petition has been set. Please refer to the petition for more information.*

*If you have a claim to the property described in 3, you may attend the hearing and object or respond to the petition. If you do not want to attend the hearing, you may also file a written response before the hearing.*

*If you do not respond to the petition or attend the hearing, the court may make orders affecting ownership of the property without your input.*

1. NOTICE is given that (name): DAVID ZINNEL
   (fiduciary or representative capacity, if any): Successor Trustee
   has filed a petition entitled (state complete title): Petition for Order Determining Title to Personal Property
   under Probate Code section 850 asking for a court order determining a claim or claims to the property described in 3.

2. A HEARING on the petition will be held as follows:

   Hearing Date → Date: 11/3/2021   Time: 9:00am
   Dept.: 129   Room:
   Name and address of court if different from above:

3. The property that is the subject of the petition is (describe each item of real or personal property; for real property—i.e., land or buildings—give the street address or, if none, describe the property's location and give the assessor's parcel number):
   Rollover IRA Account (*0613) held by TD Ameritrade Clearing Inc. in the name of Ardith Ferris

[ ] Continued on Attachment 3.

Check 4 only if the petition seeks the additional relief described.

4. [ ] In addition to seeking to recover the property described in 3, the petition also alleges and seeks relief for bad faith conduct, undue influence in bad faith, or elder or dependent adult financial abuse. The petition describes these allegations in detail. Based on the allegations, the petition seeks to recover twice the value of the property described in 3
   [ ] and requests that the court award attorney's fees and costs to the petitioner. (Prob. Code, § 859.)



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to www.courts.ca.gov/forms for Request for Accommodations by Persons With Disabilities and Response (form MC-410). (Civ. Code, § 54.8.)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
DE-115/GC-015 [New January 1, 2020]

**NOTICE OF HEARING ON
PETITION TO DETERMINE CLAIM TO PROPERTY**

Probate Code, §§ 851, 1215, 1220, 1460, 17203
www.courts.ca.gov

# PROOF OF SERVICE

I, Tracy Fonti, do certify and declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 455 Capitol Mall, Suite 325, Sacramento, California 95814. On May 28, 2021, I served the within documents:

**PETITION FOR ORDER DETERMINING TITLE TO PERSONAL PROPERTY**

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Sacramento, California addressed as follows:

David Zinnel
6939 Lisa Marie Way
Carmichael, CA 95608

Steven Zinnel #66138-097
FTC Sheridan
P. O. Box 6000
Sheridan, OR 97378-6000

TD Ameritrade Clearing, Inc.
Incorporating Service, LTD.
7801 Folsom Blvd., Suite 202
Sacramento, CA 95826

United States Attorney's Office ED CA
Kurt A. Didier, Esq.
501 I Street, Suite 10-100
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 28, 2021 at Sacramento, California.

_____
Tracy Fonti

# EXHIBIT "B"

REC 6/25/21
MAILED 6/15/21

PR/E/LP-Local

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>K. Greg Peterson, Esq. (SBN 118287)<br>K. Greg Peterson, A Professional Law Corporation<br>455 Capitol Mall, Suite 325<br>Sacramento, CA 95818<br><br>ATTORNEY FOR: (Name) DAVID ZINNEL, Successor Trustee | TELEPHONE NO:<br>916-443-3010 | For Court Use Only<br><br>FILED/ENDORSED<br><br>JUN -9 2021<br><br>By T Price Deputy Clerk |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS: 3341 Power Inn Road<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Sacramento, CA 95826 | | |
| PETITIONER/PLAINTIFF:    IN THE MATTER OF:<br><br>                              THE CASTANA TRUST,<br>RESPONDENT/DEFENDANT: DATED MARCH 4, 2009 | | Hearing Date: 11/3/2021<br>Time: 9:00am<br>Department: 129 |
| Zoom (Telepresence) Court Hearing<br>(Probate) | | CASE NUMBER:<br>34-2016-00200990 |

1.  This matter is set for a court hearing/appearance using the Zoom Application for the above referenced date and time.

2.  In order to participate in your Zoom hearing, you must either use a computer or smart device with internet access, and have downloaded the Zoom Application (Instructions Attached). If you do not have compatible technology, then you can attend the hearing using a telephone and calling the designated toll free telephone conference line (Instructions Attached).

    You must appear by Zoom Application or Telephone using the designated department account referenced below at least 5 minutes before your scheduled hearing date and time; and wait for a court representative to take roll. (Instructions Attached)

    Department 129 zoom link: https://saccourt.zoom.us/my/dept129a or Toll Free Telephone Conference Line @ (888) 475-4499, with Meeting ID #689-534-3925.

3.  This Notice must be served to all parties, so they are advised of the Zoom telepresence appearance/hearing. A proof of service must be completed and provided to the court before the return hearing date.

4.  Due to the uncertainty of continued efforts to stem the COVID-19 epidemic, court hearings may be subject to change, and may change from Zoom to in-person appearances.

5.  Prior to your scheduled hearing date, please continue to frequently check the Probate section of the Sacramento Superior Court Webpage at https://www.saccourt.ca.gov/probate/probate.aspx for any new information and advisements.

PR/E-CT-LocalPOS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>K. Greg Peterson, Esq. (SBN 118287)<br>K. Greg Peterson, A Professional Law Corporation<br>455 Capitol Mall, Suite 325<br>Sacramento, CA 95818<br><br>ATTORNEY FOR: (Name)   DAVID ZINNEL, Successor Trustee | TELEPHONE NO:<br>916-443-3010 | For Court Use Only |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS: 3341 Power Inn Road<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Sacramento, CA 95826 | | |
| PETITIONER/PLAINTIFF:<br><br>RESPONDENT/DEFENDANT: | IN THE MATTER OF:<br><br>THE CASTANA TRUST,<br>DATED MARCH 4, 2009 | Hearing Date: 11/3/2021<br>Time: 9:00am<br>Department: 129 |
| Proof of Service<br>(Zoom Court Hearing – Probate) | | CASE NUMBER:<br>34-2016-00200990 |

I, __Tracy Fonti__ the undersigned, declare I am over 18 years of age, a United States citizen, employed/residing in the county where the service occurred, and not a party to the action. My residence/business address is:

__455 Capitol Mall, Suite 325, Sacramento, CA 95814__

☐ (Personal Service)    I served the Zoom Court Hearing form by personal service on

_____ at _____, California. Said person served and address as follows:

☑ (US Mail)    I served the Zoom Court Hearing form by depositing a copy thereof in sealed envelopes, postage prepaid, in the United States mail, on __June 15, 2021__ at __Sacramento__, California. Said person served and address on envelope as follows:

David Zinnel; 6939 Lisa Marie Way, Carmichael, CA 95608
Steven Zinnel #66138-097; FTC Sheridan, PO Box 6000, Sheridan, OR 97378-6000
TD Ameritrade Clearing, Inc.; Incorporating Service, LTD., 7801 Folsom Blvd., Suite 202, Sacramento, CA 95826
United States Attorney's Office ED CA; Kurt A. Didier, Esq., 501 I Street, Suite 10-100, Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.

__6.15.21__
DATED                                         DECLARANT SIGNATURE

Page 1 of 1

# EXHIBIT "C"

TRULINCS 66138097 - ZINNEL, STEVEN - Unit: SHE-F-C

----------------------------------------------------------------------------------------------

FROM: 66138097
TO: Unit 6
SUBJECT: ***Request to Staff*** ZINNEL, STEVEN, Reg# 66138097, SHE-F-C
DATE: 06/26/2021 11:23:06 AM

To: Mr. Sponsler
Inmate Work Assignment: Orderly

INMATE REQUEST TO STAFF

To: Ms. Sliver, Executive Assistant, FCI Sheridan
    Mr. Sponsler, FPC Sheridan Unit Manager

Fr: Steven Zinnel, #66138-097 ("Zinnel")

Date: June 26, 2021

Re: Constant and continuous Massive Problems with U.S. Mail delivery at Federal Prison Camp - Sheridan

United States Mail is extremely delayed at Federal Prison Camp Sheridan. Zinnel has three Federal Court cases pending and one State of California Probate Court case pending. One of the Federal Court cases, Warden Dewayne Hendrix is the named defendant.

Yesterday, June 25, 2021, Zinnel received an approximate two inch stack of legal papers in general mail delivery sent from an attorney in Sacramento, California which should be around a three-day delivery to Sheridan, Oregon.

First, the legal papers were all jumbled and mixed up. This is obvious as a result of the FCI Sheridan mail Room mixing them up when the legal papers were copied. Second, and more importantly, the two inch pile contained two court filings as follows:

. (1) "Petition for Order to Determine Claim to Property" and "Proof of Service"
.       Filed with the court on May 28, 2021. The Proof of Service under penalty of perjury was dated May 28, 2021.
.       Assuming three days for mail delivery, it took around twenty-four (24) days for staff at FPC Sheridan to
.       provide Zinnel with legal papers mailed almost a month ago.

. (2) "Zoom Court Hearing Notice" and "Proof of Service"
.       Filed with the court on June 9, 2021. The Proof of Service under penalty of perjury was dated Jun 15, 2021.
.       Assuming three days for mail delivery, it took around seven (7) days for staff at FPC Sheridan to provide
.       Zinnel with legal papers.

Again, Zinnel received the above court filings at the same time in one big two-inch jumbled pile when they were mailed seventeen (17) days apart.

Also, on June 25, 2021, Zinnel was notified by email that a book mailed to Zinnel arrived at FCI Sheridan on June 21, 2021. But yet, Zinnel has still not received the book from the FCI Sheridan mail room.

Several of the court filings Zinnel received extremely late, required a seven (7) or fourteen (14) day responsive court-filing in Federal Court in Sacramento. This is impossible when Zinnel receives the important legal papers, in a jumbled mess, 27 days later.

Zinnel has filed briefs in Federal Court in Sacramento and Portland explaining how the staff at FCI Sheridan obstructs and delays United States Mail.

The delay problem appears to be anything that is photocopied by the institution as Zinnel and other inmates, timely receive newspapers and magazines which are not photocopies by the institution.

Zinnel has sent numerous Electronic Requests to Staff, like this one, to Executive Assistant Ms. Sliver and Unit Manager Mr. Sponsler including on May 12, May 13, May 29, and June 23, 2021.

Zinnel has also filed a BP 9 Administrative Remedy on the massive problem with U.S. Mail delivery on May 24, 2021.

TRULINCS 66138097 - ZINNEL, STEVEN - Unit: SHE-F-C

---

On May 24, 2021, Zinnel sent a paper Inmate Request to Staff to Warden Dewayne Hendrix informing him of the mail problem and that it is a federal crime to obstruct or delay United States Mail. See 18 USC sections 1701 & 1703. Further, Zinnel informed Warden Hendrix that is Zinnel's mail was continued to be obstructed, he would submit a comprehensive Complaint to the Office of Inspector General of the United States postal Service and the OIG of the Department of Justice in Washington, DC.

A month has gone by and nothing has changed. in fact, the mail delay and obstruction is getting worse. please fix the problem. In the interim Zinnel will submit his substantial Complaint to the office of the Inspector General of the United States Postal Service and the Department of Justice. Zinnel will also send a BP 10 to the BOP Western Region in Stockton, California.

/S/
Steven Zinnel

***

Under 18 USC sections 1512 and 1513, it is a federal crime to tamper with and/or retaliate against Steven Zinnel in anyway for reporting the Massive problems with United States Mail delivery of legal papers and the obstruction of United States Mail at FCI Sheridan.

## CERTIFICATION OF SERVICE

### By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on ___6/29/21___

I served a true and correct copy of the foregoing on:
AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff

K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/_

Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000