FILED
JUL 02 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Steven Zinnel, #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000

Defendant in Pro Se

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant and Judgment Debtor.<br><br>TD AMERITRADE CLEARING, INC.,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.: 2:21-mc-00098-TLN<br>Criminal Case No.: 2:11-cr-00234-TLN<br><br>**DEFENDANT STEVEN ZINNEL'S** NOTICE OF JOINDER TO THIRD-PARTY CLAIMANT DAVID ZINNEL'S REPLY TO UNITED STATES OF AMERICA'S OPPOSITION TO THIRD-PARTY CLAIM TO GARNISHED TD AMERITRADE IRA<br><br>MADE IN SUPPORT OF STEVEN ZINNEL'S REQUEST FOR A HEARING AND REPLY TO THE UNITED STATES OF AMERICA'S RESPONSE TO STEVEN ZINNEL'S CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING |
|---|---|

Defendant and alleged judgment debtor Steven Zinnel ("Zinnel") hereby gives Notice that he Joins and Adopts by Reference Third-Party Claimant David Zinnel's Reply to United States of America's Opposition to Third-Party Claim to Garnished TD Ameritrade IRA filed on or about June 9, 2021 in Support of Steven Zinnel's Request for a Hearing and Reply to the United States of America's Response to Steven Zinnel's Claim of Exemptions and Request for Hearing.

/s/ Steven Zinnel   Dated: 6/29/21

Page 1

CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on  6/29/21

I served a true and correct copy of the foregoing on:
AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff

K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000