**FILED**

JUL 15 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Steven Zinnel, #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000

Defendant in Pro Se

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>STEVEN ZINNEL,<br><br>    Defendant. | Case No. 2:11-cr-234-TLN<br><br>**DEFENDANT STEVEN ZINNEL'S** OPPOSITION TO THIRD-PARTY CLAIMANT AND GARNISHEE DAVID ZINNEL'S MOTION TO CONSOLIDATE CRIMINAL CASE NO. 2:11-cr-234-TLN AND RELATED CASES NO. 2:21-mc-00098-TLN-AC AND NO. 2:21-mc-00143-TLN-AC |
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>STEVEN ZINNEL | <u>HEARING</u>  [no oral argument requested]<br><br>Date:  August 5, 2021<br>Time:  2:00 PM<br>Ct.Rm. 2 |
| TD AMERITRADE CLEARING, INC.<br><br>    Garnishee. | Case No. 2:21-mc-00098-TLN-AC |
| DAVID ZINNEL, SUCCESSOR TRUSTEE OF THE CASTANA TRUST, DATED MARCH 4, 2009,<br><br>    Garnishee. | Case No. 2:21-mc-00143-TLN-AC |

Page 1

Defendant and alleged judgment debtor Steven Zinnel ("Zinnel") hereby <u>Opposes</u> Third-Party Claimant and Garnishee David Zinnel's Motion to Consolidate Criminal Case No. 2:11-cr-00234-TLN and Related Cases nos. 2:21-mc-00098-TLN-AC and 2:21-mc-000143-TLN-AC for the following compelling reasons:

## I. BOTH GARNISHMENT CASES, 98-TLN AND 143-TLN MUST BE TRANSFERRED TO THE DISTRICT OF OREGON UNDER 28 U.S.C. 3004(b)(2) BECAUSE ZINNEL MADE A TIMELY REQUEST

David Zinnel's Motion to Consolidate the two pending garnishment cases with Zinnel's Criminal Case is a thinly-veiled attempt to circumvent the transfer of both garnishment cases to the District of Oregon as the law requires and Zinnel timely requested in both garnishment cases under 28 U.S.C. 3004(b)(2). In his filings, Zinnel has made it crystal clear to the court and the appeal record, that the district court has no discretion but to transfer both garnishment cases, 2:21-mc-00098-TLN-AC and 2:21-mc-00143-TLN, (hereinafter "garnishment cases) to the District of Oregon because Plaintiff United States has forced Zinnel to be incarcerated in Sheridan Oregon and the well-settled law requires that the case be transferred.

In both garnishment cases, Zinnel timely requested that the proceedings, property, funds, and account(s) and the actions be transferred to the Federal Judicial District of Oregon because Zinnel has been forced to live in Sheridan, Oregon. (see 98-TLN ECF #21 and 143-TLN June 28, 2021 request).

The statute is unambiguous that the case <u>shall</u> be transferred. (see 28 U.S.C. 3004(b)(2)). The case law is unambiguous that the case <u>shall</u> be transferred. (see <u>United States v. Nash</u>, 175 F.3d 440 (6th Cir. 1999); <u>United States v. Peters</u>, 783 F.3d 1361 (11th Cir. 2015); <u>United States v. Vigil</u>, U.S.D.C. D. Idaho, 2020 U.S. Dist. LEXIS 24537 (D. Idaho, 2/10/20).

Based on the foregoing, David Zinnel's Motion to Consolidate <u>must</u> be denied.

II. DAVID ZINNEL DOES NOT HAVE STANDING TO BRING HIS MOTION BECAUSE HE IS NOT A PARTY

In his order dated June 22, 2021, that Zinnel did not receive until July 8, 2021 as a result of obstruction and dealy of U.S. Mail by prison authorities at FPC Sheridan, Judge Troy L. Nunley wrote:

> "Should <u>either party</u> wish to consolidate the actions, the appropriate motion...must be filed."
> Case no. 2:21-mc-00098-TLN-AC, ECF #66, 3:4-5
> (emphasis added)

The Supreme Court has defined a party as "A 'party' is defined as 'one by or against whom a lawsuit is brought.'" <u>Smith v. Bayer Corp.</u>, 564 U.S. 299, 313 (2011). In this case, the one who brought the lawsuit is the United States of America who is the captioned Plaintiff and the lawsuit is against Steven Zinnel who is the captioned defendant. David Zinnel is a non-party garnishee with no standing. Judge Nunley's order clearly states "either party" because there are only two parties to the garnishment cases.

Steven Zinnel

3

Dated: 7/11/21

CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on ___7/11/21___ I served a true and correct copy of the foregoing on:

AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff


K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/_
Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000