UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-mc-0098 TLN AC |
|---|---|
| Plaintiff, | |
| v. | SUPPLEMENTAL ORDER |
| STEVEN ZINNEL, | |
| Defendant. | |

Before the undersigned are third-party claimant David Zinnel's objections to the Order and Finding & Recommendations issued on July 20, 2021 (ECF No. 89). ECF No. 98. Having reviewed the objections, the court finds it unnecessary to revise or withdraw the Findings & Recommendations. However, this supplemental order issues for the purposes of judicial efficiency and clarity.

First, David Zinnel asks that the court change the date of the status conference currently set for November 3, 2021 to December 1, 2021 at 10:00 AM due to the schedule set in the Sacramento Probate Court. This request will be GRANTED.

Second, David Zinnel asks that the court defer any finding regarding the Castana Trust's Ownership of the TD Ameritrade IRA account. Specifically, David Zinnel objects to the statement in the Findings & Recommendations that "the IRA is not a trust asset," arguing that it creates a potential for inconsistent rulings. ECF No. 89 at 6. The quoted paragraph does not

1

constitute a factual finding or legal conclusion regarding whether the IRA is a trust asset, as is apparent on its face. For the sake of clarity, the undersigned here reiterates that the Findings and Recommendations withhold ruling on all of David Zinnel's objections. A finding that Steven Zinnel did not successfully present cause for an evidentiary hearing does not conflict with withholding a ruling on David Zinnel's objections.

Accordingly, it is HEREBY ORDERED that:

1. The status conference currently set for November 3, 2021 is RESET for December 1, 2021 at 10:00 AM before the undersigned;
2. The pending Findings and Recommendations (ECF No. 89) are supplemented to clarify that no finding regarding the status of the IRA as a trust asset is presented to the district judge for adoption, and that the undersigned magistrate judge has withheld ruling on or recommending disposition of any substantive objections presented by David Zinnel to the government's proposed garnishment, as well as David Zinnel's request for an evidentiary hearing.

DATED: July 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE