FILED

AUG 09 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  Steven Zinnel, #66138-097
2  Federal Correctional Institution
3  FPC Sheridan
   P.O. Box 6000
4  Sheridan, OR 97378-6000

7  Defendant in Pro Se

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN ZINNEL, <br><br> Defendant and Judgment Debtor. <br><br> TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) <br><br> Garnishee. | Case No.: 2:21-mc-00098-TLN <br> Criminal Case No.: 2:11-cr-00234-TLN <br><br> **DEFENDANT STEVEN ZINNEL'S** DECLARATION IN SUPPORT OF HIS OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMENDATIONS MADE BY MAGISTRATE JUDGE ALLISON CLAIRE ON OR ABOUT JULY 19, 2021 AND ENTERED IN THE COURT'S DOCKET ON JULY 20, 2021 AS ECF #89 <br><br> HEARING <br><br> Date: September 16, 2021 <br> Time: 2:00 PM <br> Judge: Hon. Troy L. Nunley <br> Ct.R.: 2 |

I, STEVEN ZINNEL, declare as follows:

1) I am the Defendant in the above-captioned case. I have personal knowledge of the facts set forth in this declaration and if called upon to testify as to those facts, I could competently do so. As to those facts based on information and belief, I believe then to be true.

2) This declaration is submitted in support of my Objections to the magistrate judges's findings and recomendations (ECF #89).

3) I did not receive Magistrate Judge Allison Claire's Findings and Recomendations made on or about July 19, 2021 and entered in the court's docket on July 20, 2021 as ECF #89 until July 27, 2021. Therefore, I received Magistrate Judge Allison Claire's Findings and Recomendations via United States Mail and federal prison authorities eight (8) days after the Magistrate Judge signed her order on July 19, 2021.

4) Because I received the Magistrate Judge's order, ECF #89, eight (8) days after it was signed, I am prejudiced in filing my objections to the magistrate judge's order within fourteen (14) days as specfied on page 8 of the order. (see ECF #89, p. 8, lines 21-26.)

5) I have been incarcerated since July 16, 2013, over eight years, and I am currently incarcerated in federal prison in Sheridan, Oregon.

6) Because I am incarcerated, without access to PACER, I am dependent on the United States Postal Service and the Federal Bureau of Prison authorities to receive U.S. Mail from the Court and the attorneys involved in this case.

7) There is a massive problem with obstruction and delay of United States Mail at the BOP's FPC Sheridan institution.

8) Since this garnishment case was filed, I have notified the Court and Plaintiff's counsel of the prejudiced caused to me because I do not timely receive United States Mail.

9) I have notified the Court and Plaintiff's counsel of the massive problem with United States Mail delivery to me and my continued prejudice as a result in this garnishment case in the following court filings of mine: ECF nos. 34, 35, 36, 41, 55, 63 pages 5-11, 68, 82, & 93.

10) Magistrate Judge Allison Claire denied my motion for personal service. (see ECF #44).

11) In addition to being prejudiced for the eight-day delay in receiving Magistrate Judge Allison Claire's order signed on July 19, 2021 as detailed in paragraphs three and four above, but I have been further prejudiced and delayed in preparring my objection to the magistrate judge's order (ECF #89) because the prison library was locked and closed on Friday July 30, 2021, Saturday July 31, 2021, and Sunday August 1, 2021. Therefore, for three days I did not have access to the prison typewriter or copier.

12) Between the eight-day delay in delivery of the objected-to order and the three days I was denied access to a typewriter and copier, I have been prevented from working on the objection eleven out of the fourteen days I have to object to the erroneous magistrate judge's order which causes me great prejudice.

I declare under panalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that **this declaration** was executed on ___8/2/21___ at Sheridan, Oregon.

Steven Zinnel, Declarant

3

CERTIFICATION OF SERVICE

By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on 8/2/21 I served a true and correct copy of the foregoing on:

AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff

K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel

by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000