```
1  Steven Zinnel,  #66138-097
2  Federal Correctional Institution
3  FPC Sheridan
   P.O. Box 6000
4  Sheridan, OR  97378-6000
5
6
7  Defendant in Pro Se
```

**FILED**

AUG 09 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-mc-00098-TLN |
|---|---|
| Plaintiff, | Criminal Case No.: 2:11-cr-00234-TLN |
| v. | **DEFENDANT STEVEN ZINNEL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMENDATIONS MADE BY MAGISTRATE JUDGE ALLISON CLAIRE ON OR ABOUT JULY 19, 2021 AND ENTERED IN THE COUT'S DOCKET ON JULY 20, 2021 AS ECF #89 AND IN SUPPORT OF STEVEN ZINNEL'S REQUEST FOR HEARING AND POSITION IN THIS GARNISHMENT CASE** |
| STEVEN ZINNEL, | |
| Defendant and Judgment Debtor. | |
| TD AMERITRADE CLEARING, INC., (and its Successors and Assignees) | |
| Garnishee. | |
| | HEARING |
| | Date: September 16, 2021<br>Time: 2:00 PM<br>Judge: Hon. Troy L. Nunley<br>Ct.Rm.: 2 |

///
///
///
///
///
///

Page 1

Defendant and alleged judgment debtor Steven Zinnel ("Zinnel"), pursuant to Federal Rule of Evidence Rule 201, hereby requests that the Court take judicial notice of the following facts and "New York Times" article:

1) That in the criminal case entitled United States v. Keith Raniere, U.S.D.C. ED NY case number 18-cr-204-NGG, Plaintiff United States of America, by and through its Department of Justice attorneys, take the position that criminal forfeited funds in the criminal case will be used to pay defendant Keith Raniere's victims $3.4 million.

2) The Court is Requested to Take Judicial Notice of the "New York Times" newspaper article entitled "Judge Orders Leader of Cultlike Group to Pay $3.4 Million to His Victims" published on July 21, 2021. A copy of the "New York Times" article is attached hereto as Exhibit A. The article ends with the following: "Prosecutors also wrote that they would ask that 'forfeited funds' be used for resitution."

Seeking justice,

_____        Dated: 8/2/21
Steven Zinnel

# EXHIBIT "A"

NY TIMES 7/21/21

# Judge Orders Leader of Cultlike Group to Pay $3.4 Million to His Victims

**By COLIN MOYNIHAN**

The clandestine branding ceremonies at a suburban town in upstate New York were intended to leave scars that served as permanent pledges of loyalty to Keith Raniere, the leader of the cultlike group Nxivm.

Women who joined a secretive sect within Nxivm called the Vow, or D.O.S., were held down on a table as they recited the words "Master, please brand me, it would be an honor." Then, another member of the sect would cauterize Mr. Raniere's initials into their skin.

But some women may now be able to get rid of those scars. At a federal restitution hearing on Tuesday, a judge ordered Mr. Raniere, who was convicted in 2019 of offenses including sex trafficking and racketeering, to pay a total of $3.4 million to 21 victims, with some of that money allocated to women to have brandings removed.

"Virtually all low-ranking members of D.O.S. were victims of a conspiracy" involving forced labor, the judge, Nicholas G. Garaufis, of Federal District Court in Brooklyn, said on Tuesday, adding that D.O.S. members were also directed to perform sexual acts by "higher-ranking members."

Mr. Raniere was not present in the courtroom but attended by video from Arizona, where he is serving a 120-year prison sentence.

The sometimes contentious proceeding on Tuesday resolved a process that had mainly been hidden from public view. A series of letters to the court related to restitution have been filed under seal, part of an effort to protect the privacy of the victims, including some who became part of D.O.S. — an acronym for a Latin phrase that roughly translates to "Lord/Master of the Obedient Female Companions."

D.O.S. members, known as "slaves," were required to provide to "masters" sensitive or embarrassing personal material, called "collateral," according to court documents and testimony. That material was then used to coerce compliance with orders, including some to "seduce" Mr. Raniere.

About 100 people had submitted requests for restitution totaling about $15 million, Judge Garaufis said. They included D.O.S. members, a business consultant who worked with Nxivm, and members of a family who had fought a nearly 15-year court battle with Nxivm.

At one point prosecutors had recommended that the court award restitution to 25 people.

Judge Garaufis determined Tuesday, 7 people deserved restitution under the Trafficking Victims Protection Act of 2000, which applies to crimes including forced labor, sex trafficking and document servitude. Those victims are entitled to restitution for legal counsel they retained in connection with the government investigation and Mr. Raniere's criminal proceedings, the value of unpaid labor they performed within D.O.S. and medical services, including mental health care and brand removal.

Another four people are entitled to restitution under a second law, the Mandatory Victim Restitution Act of 1996, which applies to crimes including racketeering, racketeering conspiracy and wire fraud conspiracy.

Among those to whom Mr. Raniere is being ordered to pay restitution is Sarah Edmondson, one of the first people to speak publicly about the brandings. In 2017 she told The New York Times that she wept as she endured that experience and "disassociated out of my body."

Other recipients include a woman identified only as Sylvie, who testified during Mr. Raniere's trial that she was ordered to have sex with him and described life within D.O.S. as "lies and deceit and darkness," and a woman identified as Daniela, who testified that Mr. Raniere became jealous when she rejected him and caused her to be kept in a room for two years.

The largest restitution amount, $507,997, was awarded to Daniela's younger sister, Camila. Mr. Raniere began sexually abusing Camila when she was 15, according to court records. Judge Garaufis said on Tuesday that there was information that "the defendant induced her to submit to pornographic photography sessions."

Judge Garaufis also said lower-ranking D.O.S. members "are statutorily entitled to the return of their collateral" and directed Mr. Raniere to assist in that effort. But that order was stayed until Mr. Raniere's appeal of his conviction is exhausted.

The restitution process could be further complicated by the fact that Mr. Raniere has long presented himself to the world as a "renunciate" who shunned material possessions, and he may not have the means to pay whatever he is ordered to hand over.

In a memorandum to the court before Mr. Raniere's sentencing, prosecutors wrote that he had reported an interest in the $8 million estate of a deceased former partner and told probation authorities that he also had earnings from Nxivm and from another organization he founded called Executive Success Programs.

Prosecutors also wrote that they would ask that "forfeited funds" be used for restitution.

*Keith Raniere*

## CERTIFICATION OF SERVICE

### By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on  8/2/21

I served a true and correct copy of the foregoing on:
AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff


K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel


by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000