FILED

AUG 09 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Steven Zinnel, #66138-097
Federal Correctional Institution
FPC Sheridan
P.O. Box 6000
Sheridan, OR 97378-6000

Defendant in Pro Se

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant and Judgment Debtor.<br><br>TD AMERITRADE CLEARING, INC.,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.: 2:21-mc-00098-TLN<br>Criminal Case No.: 2:11-cr-00234-TLN<br><br>**DEFENDANT STEVEN ZINNEL'S** NOTICE OF MOTION AND MOTION REQUESTING RECONSIDERATION BY THE DISTRICT COURT OF THE FINDINGS AND RECOMMENDATIONS MADE BY MAGISTRATE JUDGE ALLISON CLAIRE ON OR ABOUT JULY 19, 2021 AND ENTERED IN THE COURT'S DOCKET ON JULY 20, 2021 AS ECF #89<br><br>HEARING [Oral Argument Requested by video appearance]<br><br>Date:  September 16, 2021<br>Time:  2:00 PM<br>Judge: Hon. Troy L. Nunley<br>Ct.Rm.: 2 |

To the Honorable Court, Plaintiff United States of America, and any person or entity that has appeared in the above-captioned case.

PLEASE TAKE NOTICE that on <u>September 16, 2021</u> at 2:00 PM, or as soon thereafter as this matter may be heard in Courtroom 2 in the above-entitled Court located at 501 I Street, Sacramento, California, 95814 for hearing, defendant and

1 alleged judgment debtor Steven Zinnel ("Zinnel") will and
2 hereby does move this Court to rule on Zinnel's concurrently
3 filed "Objections to Magistrate Judge's Findings and
4 Recomendations Made By Magistrate Judge Allison Claire on
5 or about July 19, 2021 and Entered in the Court's Docket on
6 July 20, 2021 as ECF #89.

7     Zinnel's concurrently filed objections to the magistrate
8 judges order, ECF #89, is made under <u>Federal Rules of Civil</u>
9 <u>Procedure</u> Rule 72(a) and ED CA <u>Local Rules</u> 303(c) and 304(b).
10 Under ED CA <u>Local Rule</u> 304(e), a noticed motion is not
11 required because ED CA <u>Local Rule</u> 304(e) specifies that
12 Zinnel's concurrently filed objections and requests for
13 reconsideration should be automatically referred to the
14 assigned judge by the Clerk without the necessity of a
15 specific motion for such reference. However, previously in
16 this case, Relief Courtroom Deputy M. York issued a Minute
17 Order for Judge Troy L. Nunley on June 29, 2021 directing Zinnel
18 to file a noticed motion for his objection to the magistrate
19 judge's rulings which is in conflict with ED CA <u>Local Rules</u>
20 303(e) and 304(e). (see ECF #76).

21     This motion is based on this notice, the concurrently
22 filed Objections to Magistrate Judge's Findings and
23 Recomendations Made by Magistrate Judge Allison Claire on or
24 about July 19, 2021 and Entered in the Court's Docket on
25 July 20, 2021 as ECF #89 and the Memorandum of Points and
26 Authorities attached thereto, the concurrently filed
27 declaration of Steven Zinnel in support of the Objections,

2

1 | the concurrently filed Request for Judicial Notice in
2 | support of the Objections, the records and files in this
3 | Court, and any oral argument.
4 | Seeking Justice,
5 |
6 | _____
7 | Steven Zinnel                                    Dated: 8/2/21
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |

## CERTIFICATION OF SERVICE

### By United States Mail

I hereby certify that at the time of service, I was over the age of 18. I further certify that on  6/2/21

I served a true and correct copy of the foregoing on:
AUSA Lynn Trinka Ernce
AUSA Kurt A. Didier
U.S. Attorney's Office, ED CA
501 I Street, Suite 10-100
Sacramento, CA  95814

Attorney for Plaintiff


K. Greg Peterson
K. Greg Peterson, A Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, CA  95814

Attorney for Third-Party Claimant David Zinnel


by United States Mail, in a sealed envelope with the postage thereon fully prepaid, and then depositing the foregoing with prison authorities at FPC Sheridan, 27072 Ballston Road, Sheridan, OR  97378.

Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to a court, the court deems the pleading constrctively "filed" on the date it is signed. Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010); Houston v. Lack, 487 U.S. 266, 270-271, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Steven Zinnel, #66138-097
FPC Sheridan
P.O. Box 6000
Sheridan, OR  97378-6000