UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Defendant. | No. 2:21-mc-00098-TLN-AC<br><br>**ORDER** |

Defendant-debtor Steven Zinnel ("Defendant") proceeds in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 20, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 89.) Third-party claimant David Zinnel filed objections to the findings and recommendations on July 26, 2021. (ECF No. 98.) On August 3, 2021, the United States also filed objections to the findings and recommendations. (ECF No. 101.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2021, are ADOPTED IN FULL.

2. Defendant's motion to dismiss (ECF No. 43) is DENIED.

3. Defendant's request for an evidentiary hearing (ECF No. 20) is DENIED.

Dated:  September 20, 2021

Troy L. Nunley
United States District Judge