1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    No.  2:21-mc-00098-TLN-AC

11                     Plaintiff,

12         v.                                      ORDER

13   STEVEN ZINNEL,

14                     Defendant.

15

16         Plaintiff United States of America and third-party claimant David Zinnel have requested a

17   settlement conference in this garnishment action.  ECF Nos. 118, 119.  A settlement conference

18   for plaintiff and the third-party claimant will be set by separate order, and the status conference

19   currently set for May 11, 2022 (ECF No. 115) is VACATED to be re-set as necessary.

20         David Zinnel and plaintiff have also asked that the court order nonparty garnishee TD

21   Ameritrade to provide an updated account balance for the TD Ameritrade accounts at issue in this

22   garnishment action.  See ECF No. 119 at 1.  The parties are hereby ORDERED to submit to the court

23   a stipulation and proposed order regarding the requested information.  The stipulation shall specify

24   the basis for the court's authority to issue such an order, and shall be filed by close of business on

25   May 16, 2022.

26         IT IS SO ORDERED.

27   DATED: May 10, 2022

                                          _Allison Claire_____
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE
28