PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN ZINNEL,<br><br>  Defendant and Judgment Debtor.<br><br>TD AMERITRADE CLEARING, INC.,<br><br>  Garnishee. | Case No.: 2:21-mc-00098-TLN-AC<br><br>**NOTICE OF WITHDRAWAL OF REQUESTS FOR ORDER REQUIRING GARNISHEE TO UPDATE ACCOUNT BALANCES** |

The United States of America and third-party claimant David Zinnel each requested in their status reports that the Court order garnishee to provide updated account balances for the TD Ameritrade accounts issue in this garnishment action.  ECF 119 at 1; ECF 118 at 4.  On May 10, 2022, the Court ordered the United States and David Zinnel to submit a stipulation and proposed order, with supporting legal authority, by close of business on May 16, 2021.  ECF 122.

In the meantime, TD Ameritrade decided voluntarily to supplement its answer and provided updated balances for the accounts.  *See* Exhibit A.  Therefore, an order requiring TD Ameritrade to update the account balances is no longer needed, and the United States and David Zinnel hereby withdraw their requests for such an order.

In an email to the United States' and David Zinnel's counsel, debtor Steve Zinnel acknowledged receipt of the May 10, 2022 order and demanded to sign off on any stipulation and proposed order. *See* Exhibit B. However, the Court's order did not appear to require Steve Zinnel's participation and, in any event, the United States and David Zinnel have hereby withdrawn their requests.

Respectfully submitted,

Dated:  May 16, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Dated:  May 16, 2022

K. GREG PETERSON,
A Professional Law Corporation

/s/ K. Greg Peterson (authorized 5/16/2022)
K. Greg Peterson, Esq.
Attorney for Third-Party Claimant David Zinnel

# EXHIBIT A

1  CHRISTOPHER A. STECHER, CASB No. 215329
   KEESAL, YOUNG & LOGAN
2  A Professional Corporation
   450 Pacific Avenue
3  San Francisco, California 94133
   Telephone:  (415) 398-6000
4  Facsimile:  (415) 981-0136

5  Attorneys for Garnishee
   TD AMERITRADE CLEARING, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) Case No. 2:21-mc-00098-WBS-AC
                                         )
12 |                         Plaintiff,  ) **SUPPLEMENTAL ANSWER OF**
                                         ) **GARNISHEE**
13 | vs.                                 )
                                         ) Criminal Case No.: 2:11-cr-00234-TLN
14 | STEVEN ZINNEL,                      )
                                         )
15 |        Defendant and Judgment Debtor. )
                                         )
16                                       )
                                         )
17 | TD AMERITRADE CLEARING, INC.,       )
   | (and its Successors and Assignees)  )
18 |                                     )
                                         )
19 |                         Garnishee.  )

20

21

22

23         I, RACHAEL CONLEY, declare:

24      1. I am the Garnishee, a partner of the Garnishee, or an authorized representative of the

25 Garnishee.

26

27      2. Garnishee previously acknowledged its receipt on April 7, 2021 of the Writ of

28 Continuing Garnishment (Bank, IRA, Stocks or Brokerage Accounts).

- 1 -
SUPPLEMENTAL ANSWER OF GARNISHEE – Case No. 2:21-mc-00098-WBS-AC

3. On April 13, 2021, Garnishee answered, among other things, that as of the date of service, Garnishee had custody, control, or possession of the following accounts containing cash/securities:

    a. Rollover IRA 787-727536: $25.01, Steven Zinnel Account Owner;

    b. Rollover IRA 782-830613: $1,458,451.66, Steven Zinnel Sole Beneficiary of Ardith Ferris.

4. As of the date of this Supplemental Answer, the Garnishee has custody, control, or possession of the following property, in which Steven Zinnel, Judgment Debtor, maintains an interest, as described below:

| Description of Property (Include Account or Safe Deposit Box Numbers) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| Rollover IRA Acct 787-727536 | $31.45 Cash / Securities | Steve Zinnel Account owner |
| Rollover IRA Acct 787-830613 | $1,424,884.01 Cash / Securities | Ardith Ferris Owner (deceased) Steve Zinnel Sole Beneficiary of Acct. |

5. Garnishee anticipates owing to the Judgment Debtor in the future the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| Garnishee does not anticipate owing future amounts to the Judgment Debtor. | |

6. List any other party who may have an interest in the property described above:

| Account/Safe Deposit Box Number | Name and Address |
|---|---|
| Garnishee is unaware of any other party who may have an interest in the property described above. | |

7. Garnishee denies holding any property or does not expect to hold any property in the future that is subject to this Writ of Garnishment (Bank, IRA, Stocks or Brokerage Accounts) – (Explain below):

Not Applicable.

8. Garnishee must file with the Court this **original** Acknowledgment of Service and Answer of Garnishee (Bank, IRA, Stocks or Brokerage Accounts) at the following address:

United States District Court
Clerk of the Court
501Street, Room 4-200
Sacramento, CA 95814

9. The Garnishee will serve a copy of this Supplemental Answer of Garnishee by first class mail to the Judgment Debtor and the attorneys for the United States and third-party claimant David Zinnel:

Addresses

    a. Steven Zinnel, 66138-097
       420 S. Center Street
       Orange, CA 92866

    b. Steven Zinnel, 66138-097
       Garden Grove RRC
       11112 Barclay Drive
       Garden Grove, CA 92841

   c. Lynn Trinka Ernce
     Assistant United States Attorney
     United States Attorney's Office
     501 I Street, Suite 10-100
     Sacramento, CA  95814

   d. K. GREG PETERSON, Attorney
     K. Greg Peterson, A Professional Law Corporation
     455 Capitol Mall, Suite 325
     Sacramento, CA  95814

10. I hereby execute this Supplemental Answer of Garnishee (Bank, IRAs, Stocks or Brokerage Accounts) and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED:  May 16, 2022

TD AMERITRADE CLEARING, INC.
Name of Garnishee (Printed)

*[signature]*
Signature of Declarant

Rachael Conley
Printed Name of Declarant

Sr. Manager | Legal Counsel
Full Title of Declarant

P.O. Box 636010, Highlands Ranch, CO 80163
Full Address

(*Declarant: Person completing this form)

(720) 925-8218
Telephone Number

- 4 -

SUPPLEMENTAL ANSWER OF GARNISHEE – Case No. 2:21-mc-00098-WBS-AC

# EXHIBIT B

| | |
|---|---|
| **From:** | firsthalfsteve@gmail.com |
| **To:** | Ernce, Lynn Trinka (USACAE); greg@kgregpeterson.com |
| **Subject:** | [EXTERNAL] United States v. Steve Zinnel, USDC ED CA case no. 2:21-mc-00098-TLN-AC |
| **Date:** | Saturday, May 14, 2022 2:13:13 PM |

Counsel:

Please be advised I am in receipt of the court's May 10, 2022 order in the above-referenced case wherein the parties are ORDERED to submit to the court a stipulation and propose order regarding financial information. Please be further advised that I, Steve Zinnel, am a party, thus I MUST agree and sign off on any stipulation and proposed order. Thus, please email me the draft of the proposed stipulation. I trust I will not have to inform the court of your refusal to send me the stipulation and proposed order.

Additionally, note that it is a scientific certainty that I will be appealing the final appealable order/judgment to the Ninth Circuit Court of Appeal for all the reversible errors in this case, 098 and 143. Thus, it is highly likely this is all for nothing because I am quite confident the Ninth Circuit will reverse.

Very truly yours,

*Steve Zinnel*