UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-mc-00098-TLN-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN ZINNEL, | |
| Defendant. | |

This matter is before the Court on Defendant Steven Zinnel's ("Defendant") Motions for Reconsideration and related motions. (ECF Nos. 67, 69, 86, 91, 92, 104, 105.) Also before the Court is Third-Party Claimant David Zinnel's Motion to Consolidate. (ECF No. 77.) For the reasons set forth below, the Court DENIES Defendant's motions and DENIES David Zinnel's motion.

This is a garnishment case, in which Defendant is an incarcerated litigant appearing pro se. Defendant filed the instant motions for reconsideration of various rulings by the magistrate judge. On a motion to reconsider a magistrate judge's order, the Court reviews the magistrate judge's ruling under the "clearly erroneous or contrary to law" standard set forth in 28 U.S.C. § 636(b)(1)(A). E.D. Cal. L.R. 303(f); Fed. R. Civ. P. 72(a). Under this standard, the Court must accept the magistrate judge's decision unless it has a "definite and firm conviction that a mistake has been committed." *Concrete Pipe & Products of Cal., Inc. v. Constr. Laborers Pension Trust*

*for So. Cal.*, 508 U.S. 602, 622 (1993).  If the Court believes the conclusions reached by the magistrate judge were at least plausible, after considering the record in its entirety, the Court will not reverse even if convinced that it would have weighed the evidence differently.  *Phoenix Eng. & Supply Inc. v. Univ. Elec. Co., Inc.*, 104 F.3d 1137, 1141 (9th Cir. 1997).

The Court has reviewed Defendant's motions and concludes that none of the magistrate judge's rulings were clearly erroneous or contrary to law.  Accordingly, Defendant's motions are hereby DENIED.  (ECF Nos. 67, 69, 86, 91, 92, 104, 105.)

As to David Zinnel's motion to consolidate, the Court finds consolidating this action with the related cases is not in the interest of judicial economy and relating the cases has already achieved the requisite judicial efficiency.  *See United States v. Mysin*, No. 2:11-cr-00427-TLN, No. 2:12-cr-00051-MCE, 2018 WL 6620343, at *1–2 (E.D. Cal. Dec. 8, 2018).  Therefore, the Court hereby DENIES the motion to consolidate.  (ECF No. 77.)

IT IS SO ORDERED.

**DATED:** May 19, 2022

_____
Troy L. Nunley
United States District Judge