K. Greg Peterson, Esq. (SBN: 118287)
K. GREG PETERSON, a Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, California 95814
Telephone: (916) 443-3010
Facsimile: (916) 492-2680
Email: greg@kgregpeterson.com

Attorney for Third-Party Claimant DAVID ZINNEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL<br><br>Defendant and Judgment Debtor.<br><br>---<br><br>DAVID ZINNEL, SUCCESSOR TRUSTEE OF THE CASTANA TRUST, DATED MARCH 4, 2009,<br><br>Garnishee. | Case No.: 2:21-mc-00098 TLN AC<br><br>**NOTICE OF DISMISSAL OF THIRD PARTY CLAIM**<br><br>Case No.: 2:21-mc-00143-TLN-AC (Related Case) |

NOTICE IS HEREBY GIVEN that pursuant to the terms of that certain settlement agreed to on the record by and between Plaintiff UNITED STATES OF AMERICA, Defendant STEVEN ZINNEL, and Third-Party Claimant DAVID ZINNEL in the within action, on or about June 3, 2022, David Zinnel hereby dismisses any claim or assertion to entitlement to the proceeds of the TD Ameritrade IRA account (*0613).

/ / /

/ / /



Dated: June 6, 2022

K. GREG PETERSON, a Professional Law Corporation

By:______________________________

K. Greg Peterson, Esq.
Attorney for Third-Party Claimant
DAVID ZINNEL



**PROOF OF SERVICE**

I, Karen Traugh, do certify and declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 455 Capitol Mall, Suite 325, Sacramento, California 95814.On June 6, 2022, I served the within documents:

**NOTICE DISMISSAL OF THIRD PARTY CLAIM**

X **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Steven Zinnel #66138-097
420 S. Central Street
Orange, CA 92866
firsthalfsteve@gmail.com

Defendant in Pro Se

Christopher Strecher, Esq.
Keesel, Young & Logan
450 Pacific Avenue #3
San Francisco, CA 94133
Christopher.stretcher@kyl,com

Counsel for TD Ameritrade Clearing, Inc.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 6, 2022, at Sacramento, California.

Karen Traugh

