UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN ZINNEL,<br><br>    Defendant. | No. 2:21-mc-00098 TLN AC PS<br><br><br><br>ORDER |

  Defendant Steven Zinnel has requested a copies of litigant David Zinnel's reply brief (ECF No. 99) to Steven Zinnel's motion to consolidate cases (ECF No. 77). ECF No. 107. The Court cannot routinely accommodate requests from parties for copies of court documents. In general, the parties are required to maintain their own files. Further, the motion to which the reply at issue was filed has already been resolved. ECF No. 127. The court will not expend its resources providing copies of this document.

  Accordingly, the request for copies (ECF No. 107) is DENIED.

DATED: June 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE