UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>Debtor.<br><br>TD AMERITRADE CLEARING, INC.,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No. 2:21-mc-00098-TLN-AC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:11-cr-00234-TLN |

Defendant-debtor Steven Zinnel ("Defendant") proceeds in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 13, 2022, the magistrate judge filed findings and recommendations for a final order of garnishment herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 137.) Defendant filed objections to the findings and recommendations on June 30, 2022. (ECF No. 138.) On July 11, 2022, the United States filed a response to Defendant's objections. (ECF No. 147.)

///

The Court has reviewed the file and concludes that the findings and recommendations are supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendant's objections (ECF No. 138) are OVERRULED and the Findings and Recommendations for Final Order of Garnishment (ECF No. 137) are ADOPTED IN FULL;

2. TD Ameritrade Clearing, Inc. ("Garnishee") shall pay the Clerk of the United States District Court $1,012,047.08 of the funds held by Garnishee within fifteen (15) days of the filing of this Order. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court", and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:11-cr-00234-TLN) shall be stated on the payment instrument;

3. The United States shall recover a $150,000.00 litigation surcharge pursuant to 28 U.S.C. § 3011(a) and the United States' agreement to reduce its litigation surcharge to $150,000;

4. Garnishee shall pay $150,000.00 to the United States Department of Justice via a single payment within fifteen (15) days of the filing of this Order and send the payment in the form of a cashier's check, money order, or company draft made payable to "United States Department of Justice" and delivered to:

> U.S. Department of Justice
> Nationwide Central Intake Facility
> P.O. Box 790363
> St. Louis, MO 63179-0363

"CDCS Number 2015A03982" shall be stated on the face of the payment instrument;

5. Garnishee shall hold any remaining funds after full payment of $1,162,047.08 has been made to the Clerk and the United States as set forth in paragraphs 2-4 above, pending further order of the Court;

6. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

///

7. The garnishment shall terminate when Garnishee has paid the $1,162,047.08 as directed in paragraphs 2-4 above.

IT IS SO ORDERED.

**DATED: July 15, 2022**

Troy L. Nunley
United States District Judge

Order Adopting Findings and Recommendations for Final Order of Garnishment

3