K. Greg Peterson, Esq. (SBN: 118287)
K. GREG PETERSON, a Professional Law Corporation
455 Capitol Mall, Suite 325
Sacramento, California 95814
Telephone:    (916) 443-3010
Facsimile:     (916) 492-2680
Email:           greg@kgregpeterson.com

Attorney for Michael Brumbaugh, Administrator of the Estate
of David P. Zinnel and Trustee of the Castana Trust, dtd Mar. 4, 2009

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL<br><br>        Defendant and Judgment Debtor.<br><br>---<br><br>DAVID ZINNEL, SUCCESSOR TRUSTEE OF THE CASTANA TRUST, DATED MARCH 4, 2009,<br><br>        Garnishee. | Case No.: 2:21-mc-00098 TLN AC<br><br>**STIPULATION AND ORDER RE DISPOSITION OF REMAINING BALANCE OF TD AMERITRADE IRA ACCOUNT (*0613) PURSUANT TO SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED AND AGREED UPON by and between Third-Party Michael Brumbaugh, Administrator of the Estate of David P. Zinnel and as successor Trustee of the Castana Trust, dated March 4, 2009, by and through K. Greg Peterson, his attorney of record, and STEVEN ZINNEL, appearing Pro Se, as follows:

RECITALS

This action involves an Application for Writ of Garnishment filed on April 2, 2021, by Plaintiff UNITED STATES OF AMERICA ("**USA**") in connection with criminal monetary penalties totaling $3,014,294 assessed against STEVEN ZINNEL ("**Steven**") in criminal case

number 2:11–CR–00234–TLN;

The Garnishee, TD AMERITRADE CLEARING, INC. ("**TD Ameritrade**"), responded in this action by disclosing its possession of Rollover IRA Accounts 787–727536 and 72–830613 (together, the "**TD Ameritrade IRA**") in which it claimed Steven has an interest;

Third Party Claimant DAVID ZINNEL ("**David**"), who was served with a copy of the USA's Application for Writ of Garnishment, responded in his capacity as Successor Trustee of The Castana Trust, Dated March 4, 2009 (the "**Castana Trust**") and in his capacity as a 50% beneficiary of the Castana Trust by claiming an interest in the entirety of the TD Ameritrade IRA as an asset of the Castana Trust.

1. On June 3, 2022, the USA agreed to limit the total amount of its criminal monetary penalties owed by Steven to $1,013,056.06 ($513,056.06 restitution; $500,000.00 penalty) and its litigation surcharge to $150,000.00, for a total amount of $1,163,056.06 (the "**Agreed Amount**") [Transcript 6:15][1];

2. David and Steven previously agreed that David is then entitled to everything that remains in the TD Ameritrade IRA [Transcript 5:22-6:5] as an asset of the Castana Trust [Transcript 6:19-22, 9:20-21], and any balance remaining is to be sent to the Castana Trust [Transcript 7:10] or the account may be converted to a Castana Trust account [Transcript 7:11-12]. Steven and David agreed, prior to David's death, that any remaining balance of the TD Ameritrade IRA will be a Castana Trust asset and that they will agree to execute whatever paperwork is necessary to effectuate their agreement [Transcript 15:23-16:3, 16:7-12, 26:13-18];

3. The parties acknowledge that the USA has been paid in full from the TD Ameritrade IRA;

4. On October 14, 2022, David passed away.

---

[1] All references to Transcript are to the Transcript of Proceedings of the Settlement Conference held on June 3, 2022, before the Hon. Kendall J Newman, Chief Magistrate Judge in this matter and as transcribed Thresha Spencer, CSR (**ECF 134**).

5. On August 15, 2023, Michael Brumbaugh was appointed as Administrator of the Estate of David P. Zinnel. On August 30, 2023 Michael Brumbaugh was appointed as successor trustee of the Castana Trust.

6. Michael Brumbaugh and Steven entered into a settlement agreement reiterating their agreement that the remaining funds in the TD Ameritrade IRA are assets of the Castana Trust, and should be distributed to Michael Brumbaugh in his capacity as Successor Trustee of the Castana Trust.

7. Steven Zinnel has no further interest in the TD Ameritrade IRA.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between Third-Party Michael Brumbaugh, Administrator of the Estate of David P. Zinnel and as successor Trustee of the Castana Trust, dated March 4, 2009, and Steven Zinnel:

On the basis of their settlement agreement, Steven and Michael Brumbaugh agree to the entry of an order by this Court as follows:

1. Any and all amounts remaining in the TD Ameritrade IRA are the property of Michael Brumbaugh in his capacity as successor trustee of the Castana Trust, and TD Ameritrade shall either convert the remaining balance in the existing TD Ameritrade IRA to an account held by Michael Brumbaugh in said capacity or TD Ameritrade shall transfer the balance of the account to another financial institution in care of "Michael Brumbaugh, Successor Trustee of the Castana Trust" and pursuant to written instructions provided by Michael Brumbaugh.

IT IS SO STIPULATED.

Dated: November 18, 2024                          /s/ Michael Brumbaugh
                                                  Michael Brumbaugh, Administrator of the Estate
                                                  and Successor Trustee of the Castana Trust


Dated: November 15, 2024                          /s/ Steven Zinnel
                                                  STEVEN ZINNEL, PRO SE

# ORDER

The Court, having received, read, and considered the stipulation of Michael Brumbaugh, Administrator of the Estate of David Zinnel and Successor Trustee of the Castana Trust, and STEVEN ZINNEL (the "**Parties**"), and good cause appearing, hereby adopts the stipulation of the Parties in its entirety as its order, as follows:

1. Any and all amounts remaining in the TD Ameritrade IRA are the property of Michael Brumbaugh in his capacity as Trustee of the CASTANA TRUST, DATED MARCH 4, 2009 (the "**Castana Trust**"), and TD Ameritrade shall either convert the remaining balance in the existing TD Ameritrade IRA to another financial institution in care of "Michael Brumbaugh, Successor Trustee of the Castana Trust" and pursuant to written instructions provided by Michael Brumbaugh;

IT IS SO ORDERED.

Dated: November 22, 2024

_____
Troy L. Nunley
Chief United States District Judge