AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

United States of America
      Plaintiff (s),
V.
Steven Zinnel
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-mc-00098-TLN-AC

Notice is hereby given that, subject to approval by the court, **TD Ameritrade Clearing, Inc.** substitutes
(Party (s) Name)

**Melanie Vartabedian, Esq.**, State Bar No. **278181** as counsel of record in
(Name of New Attorney)

place of **Christopher A. Stecher, Esq.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ballard Spahr LLP
    Address: 2029 Century Park East
    Telephone: (424) 204-4400    Facsimile (424) 204-4350
    E-Mail (Optional): vartabedianm@ballardspahr.com

I consent to the above substitution.
Date: 7/14/2025

Ashley Martinez — Digitally signed by Ashley Martinez, Date: 2025.07.14 11:37:55 -07'00'
Ashley Martinez — Digitally signed by Ashley Martinez, Date: 2025.07.14 11:38:43 -07'00'
(Signature of Party (s))

I consent to being substituted.
Date: 7/14/2025

Christopher A. Stecher — Digitally signed by Christopher A. Stecher, Date: 2025.07.14 09:39:37 -07'00'
Christopher A. Stecher — Digitally signed by Christopher A. Stecher, Date: 2025.07.14 09:40:33 -07'00'
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/14/2025

Melanie Vartabedian — Digitally signed by Melanie Vartabedian, Date: 2025.07.14 09:35:40 -07'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]