# UNITED STATES DISTRICT COURT

Eastern District of California

United States of America

Plaintiff(s),

v.

Steven Zinnel

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-mc-00098-TLN-AC

Notice is hereby given that, subject to approval by the court, TD Ameritrade Clearing, Inc. substitutes
(Party(s) Name)

Melanie Vartabedian, Esq., State Bar No. 278181 as counsel of record in
(Name of New Attorney)

place of Christopher A. Stecher, Esq.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Ballard Spahr LLP
Address: 2029 Century Park East
Telephone: (424) 204-4400    Facsimile (424) 204-4350
E-Mail (Optional): vartabedianm@ballardspahr.com

I consent to the above substitution.
Date: 7/14/2025

Ashley Martinez (Digitally signed by Ashley Martinez, Date: 2025.07.14 11:37:55 -07'00')
Ashley Martinez (Digitally signed by Ashley Martinez, Date: 2025.07.14 11:38:43 -07'00')
(Signature of Party(s))

I consent to being substituted.
Date: 7/14/2025

Christopher A. Stecher (Digitally signed by Christopher A. Stecher, Date: 2025.07.14 09:39:37 -07'00')
Christopher A. Stecher (Digitally signed by Christopher A. Stecher, Date: 2025.07.14 09:40:33 -07'00')
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/14/2025

Melanie Vartabedian (Digitally signed by Melanie Vartabedian, Date: 2025.07.14 09:35:40 -07'00')
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date    July 15, 2025

Troy L. Nunley
Chief United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]