# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| U.S.A | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:21-mc-00098-TLN-AC |
| Steven Zinnel | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant, "TD Ameritrade Clearing, Inc."                                .

Date:   August 20, 2025

/s/ Adam Taryle, Esq.
*Attorney's signature*

Adam Taryle, Esq. (SBN 360354)
*Printed name and bar number*

2029 Century Park East, Suite 1400, Los Angeles, CA 90067
*Address*

tarylea@ballardspahr.com
*E-mail address*

(424) 204-4367
*Telephone number*

(424) 204-4350
*FAX number*