STEVEN ZINNEL
41 W HWY 14, Unit # 2484
Spearfish, SD 57783

E. firsthalfsteve@gmail.com

In pro se

FILED

AUG 26 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN ZINNEL,<br><br>    Defendant and [alleged]<br>    Judgment Debtor.<br>_____<br>TD AMERITRADE CLEARING, INC.,<br><br>    Garnishee. | Case No.: 2:21-mc-00098-TLN-AC<br><br>Criminal Case No.: 2:11-cr-00234-TLN<br><br>**DEFENDANT STEVEN ZINNEL'S RESPONSE TO THE STATUS REPORT OF THE GOVERNMENT (ECF #172)** |

Defendant Steven Zinnel (hereinafter "Zinnel") hereby responses to the Status Report of the Government (ECF #172):

In its Status Report, AUSA Lynn Trinka Ernce wrote:

Although the Court has vacated its final garnishment order, its writ of garnishment remains in effect, and **the United States intends to renew its request for a final garnishment order as soon as practicable.**  The United States believes that Zinnel's continued objection to the garnishment – that he does not owe any money because the United States forfeited more than he was ordered to pay in victim restitution – **which this Court found to lack merit**, continues to be meritless and untenable. (emphasis added).

<u>First</u>, contrary to AUSA Lynn Trinka Ernce's misrepresentation to the court that Zinnel's position is *that he does not owe any money because the United States <u>forfeited</u> more than he was ordered to pay in victim restitution*, Zinnel's true position is the Government has marshalled and over-collected $4,344,160.00 from Zinnel when $3,014,819.00 was the Total Amount Ordered by Judge Troy L. Nunley to be paid by Zinnel in the Criminal Case (ECF #20, p. 7; ECF #84, p. 4; Criminal Case, ECF #386, pgs. 1 & 6) and thus the Government owes Steven Zinnel $1,329,341.00.

<u>Second</u>, Zinnel's position is that any court order or findings and recommendations in this case after Zinnel's May 3, 2021 Request for Proceedings to be Transferred (ECF #21) and Zinnel's May 21, 2021, Objections to the Eastern District ruling on any matters in this pending case (ECF #42), and Zinnel's objections to the United States District Court Eastern District of California's jurisdiction and venue during the June 3, 2022 Settlement Conference (see Transcript ECF #134, pg. 17) are **invalid, null and void, inoperative, and non-enforceable.** The Ninth Circuits Published Opinion (ECF #168) found that the Court's refusal to transfer the case, which was mandatory under 28 *U.S.C.* §3004(b)(2), was the type of violation that necessarily affected the debtor's "substantial rights." Therefore, any and all court orders and findings of fact and recommendations after Zinnel's May 3, 2021 Request for Proceedings to be Transferred (ECF #21) effected Zinnel's substantial rights and are **invalid, null and void, inoperative, and non-enforceable.**

Thus, the following orders are **invalid, null and void, inoperative, and non-enforceable:**

| 07/20/2021 | 89 | ORDER and FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Allison Claire on 7/19/2021 ORDERING a Status Conference be set on the request by David Zinnel (ECF No. 13) for 11/3/2021 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire and DENYING 70 , 71 , 72 , 85 and 87 Motions. It is hereby RECOMMENDED the 20 Request for Evidentiary Hearing and 43 Motion to Dismiss be denied. Referred to Judge Troy L. Nunley. Objections due within 14 days after being served with these Findings and Recommendations. (Tupolo, A) (Entered: 07/20/2021) |
|---|---|---|

| Date | Doc | Description |
|---|---|---|
| 09/20/2021 | 110 | ORDER signed by District Judge Troy L. Nunley on 9/20/2021 ADOPTING 89 The Findings and Recommendations in full; DENYING 43 Motion to Dismiss and 20 Request for Evidentiary Hearing. (Mena-Sanchez, L) (Entered: 09/20/2021) |
| 06/13/2022 | 137 | FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Allison Claire on 6/13/2022 Recommending that the United States' 135 Request for Findings and Recommendations for Final Order of Garnishment be Granted in its entirety Referred to Judge Troy L. Nunley. Objections due within 14 days after being served with these findings and recommendations. (Coll, A) (Entered: 06/13/2022) |
| 05/26/2021 | 44 | ORDER signed by Magistrate Judge Allison Claire on 5/25/2021 DENYING 36 & 41 Motions for Copy of Docket and all Filings; DENYING 29 Motion to Strike; DENYING 34 Motion for Personal Service; GRANTING 35 Motion for Extension of time to 6/30/2021 to submit a reply with respect to his motion for a hearing; DENYING 37 Motion to Quash; and CONSTRUING 30 Motion to Object as an Opposition to the third-party request of David Zinnel. (Coll, A) (Entered: 05/26/2021) |
| 05/20/2022 | 127 | ORDER signed by District Judge Troy L. Nunley on 5/19/2022 DENYING 67, 69, 86, 91, 92, 104 and 105 Motions and DENYING 77 Motion to Consolidate Cases. (Huang, H) (Entered: 05/20/2022) |
| 07/18/2022 | 150 | MINUTE ORDER issued by Courtroom Deputy J. Anderson for Magistrate Judge Allison Claire on 07/18/2022: Plaintiff filed a motion to transfer this case (ECF No. 140) and a motion for electronic filing (ECF No. 141). Both of these motions are repetitive and meritless [1] and are DENIED. (Text Only Entry) (Anderson, J) (Entered: 07/18/2022) |

Based on the aforementioned and Zinnel's Status Report, the United States CANNOT renew its request for a final garnishment order as soon as practicable.

Again, **and dispositively**, there is no court order authorizing the government to retain the $650,000 it unlawfully obtained and there is no court order authorizing the government to receive a $150,000 litigation surcharge. Further, this case must be ordered transferred to the District of South

---

[1] The Ninth Circuit's Published opinion makes it crystal clear that Zinnel's Motion to Transfer the case was not *meritless*.

Dakota, Western Division (Rapid City) so an evidentiary hearing occurs as required by 28 U.S.C. §3202(d), Zinnel's timely request (ECF #20), and the agreements made in the Settlement Conference by the parties and most importantly government attorney AUSA Lynn Trinka Ernce (see Transcript). Fifth, United States District Judge Camela C. Theeler of the District of South Dakota, Western Division (Rapid City) will soon be required to conduct an evidentiary hearing, as required by 28 U.S.C. §3202(d), Zinnel's timely request, and the agreement between the parties to determine how much of the $1,329,341.00 the government unlawfully over-collected must be returned to Zinnel.

Finally, PLEASE TAKE NOTICE that if a Final Order of Garnishment in this case is made by any Court WITHOUT conducting an evidentiary hearing, as required by 28 *U.S.C.* §3202(d), Zinnel's timely request, and the agreement between the parties, **Steven Zinnel will immediately appeal again** [2] and dust off his Appellant's Opening Brief and Reply Brief from the appeal just decided and the litigation will continue.

Fighting for what is Right, Saying what needs to be said, and Seeking a scintilla of justice in such an unjust case,

_____
Steven Zinnel, In Pro Se                                         Dated: August 23, 2025

---

[2] Zinnel is three for three in winning his appeals of Judge Troy L. Nunley's unlawful rulings and orders.

# CERTIFICATE OF SERVICE

I hereby certify that at the date of service, I was over the age of 18. I further certify that on the date specified executed below, I served the foregoing document(s) on the following persons and/or organization:

| | |
|---|---|
| Lynn Trinka Ernce<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br><br>Email: lynn.trinka.ernce@usdoj.gov<br><br>Attorneys for the United States of America | Kenneth Gregory Peterson<br>Boutin Jones Inc.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814<br><br>Email: gpeterson@boutinjones.com<br><br>Attorney for Michael Brumbaugh, the *Castana Trust*, and the *Estate of David P. Zinnel* |
| Melanie Vartabedian, Esq.<br>Ballard Spahr LLP<br>201 South Main Street, Suite 800<br>Salt Lake City, UT 84111-2221<br>Email: vartabedianm@ballardspahr.com<br><br>Attorneys for TD Ameritrade Clearing, Inc. | Adam Taryle, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067<br>Email: tarylea@ballardspahr.com<br><br>Attorneys for TD Ameritrade Clearing, Inc. |
| Eric Grant U.S. Attorney<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Attorneys for the United States of America | |

I further certify I served the foregoing document(s) by the following method checked:

☑ **BY MAIL**: I deposited such envelope in a U.S. Mail receptacle, with postage prepaid, and addressed as above described.

Executed on **August 23, 2025**, at Aliso Viejo, California. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Derian Eidson*
Derian Eidson
11 Verdin Lane
Aliso Viejo, CA  92656

---

Defendant Steven Zinnel's Response to the Status Report of the Government (ECF #172)

Steve Zinnel
41 W HWY 14, Unit # 2484
Spearfish, SD 57783

E. firsthalfsteve@gmail.com

August 23, 2025

Clerk of the United States District Court
Robert T. Matsui United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA  95814-7300

Re: Court filings in *United States v. Steven Zinnel*, Case No. 2:21-mc-00098-TLN-AC

To the Filing Clerk:

Please find an Original of the following:

> DEFENDANT STEVEN ZINNEL'S RESPONSE TO STATUS REPORT OF GOVERNMENT

The Certificate of Service is on the last page of the document detailed above.

Please file the document which have been served.

Thanking you in advance,

*/s/ Steven Zinnel*
Steven Zinnel