ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STEVEN ZINNEL,<br><br>   Defendant and Judgment Debtor. | Case No. 2:21-MC-00098-TLN-AC<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TRANSFER** |
| TD AMERITRADE CLEARING, INC.,<br><br>   Garnishee. | |

Section 3004(b)(2) of Title 28 provides that "[i]f the debtor so requests, within 20 days after receiving the [required] notice…the action or proceeding in which the writ, order, or judgment was issued shall be transferred to the district court for the district in which the debtor resides." 28 U.S.C. § 3004(b)(2). The purpose of the transfer statute is to prevent inconvenience or undue financial hardship by requiring a criminal defendant to travel far distances to attend hearings. *See United States v. Nash*, 175 F.3d 440, 443 (6th Cir. 1999).

///

///

///

Steven Zinnel seeks to transfer this action from the Eastern District of California to the District of South Dakota. ECF 170. Before the Court transfers this action to the District of South Dakota, defendant must demonstrate that he resides at the address he has identified in his Notice of Change of Address, ECF 165, which appears to be a KOA campground.

Respectfully submitted,

Dated: August 28, 2025

ERIC GRANT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION TO TRANSFER

2